# EXHIBIT

# 2



The Official Website of the Executive Office of Public Safety and Security

# Public Safety

Home  >  Law Enforcement & Criminal Justice  >  Law Enforcement  >  Municipal Police Training Committee  >  Highway Safety: ARIDE | CRASH | DRE | SFST | SPEED …

## Highway Safety: ARIDE | CRASH | DRE | SFST | SPEED MEASUREMENT

The Municipal Police Training Committee (MPTC) receives federal funding from the Executive Office of Public Safety and Security (EOPSS), Office of Grants & Research (OGR) by way of the National Highway Traffic Safety Administration (NHTSA) to provide highway safety training in the Commonwealth.  Currently, the areas that are funded include; Drug Recognition Expert (DRE), Standardized Field Sobriety Testing (SFST) and Advanced Traffic Crash Investigation (ATCI).

MPTC hires Subject Matter Experts (SME's) to design, implement, monitor and evaluate training for law enforcement based on recommendations from NHTSA, OGR, MPTC and local law enforcement. Some of the training's include; instructor certification and re-certification, recruit and reserve intermittent training, professional development and update trainings.

Most recently, MPTC has been funded to coordinate the following programs:

- Drug Recognition Expert (DRE)
- Advanced Roadside Impaired Driving Enforcement (ARIDE)
- Standardized Field Sobriety Testing (SFST)
- Advanced Traffic Crash Investigation (ATCI)

## HSD Contacts

**MPTC contact:**

Melixza G. Esenyie, Grants and Records Manager | 781-437-0307 | Melixza.Esenyie@state.ma.us

Dan Zivkovich, Executive Director | 781-437-0300 | Daniel.Zivkovich@State.ma.us

**SME's contact:**

Sergeant Donald Decker (Ret), Drug Recognition Expert (DRE) | 978-502-4063 | djdecker57@verizon.net

Lieutenant Stephen May, Standardized Field Sobriety Testing (SFST) | 978-337-2847 | ma.sfstcoordinator@gmail.com

Ross Panacopoulos (Ret), Advanced Traffic Crash Investigation (ATCI) | 978-852-8479 | 13briggs@gmail.com

| Specialized Training | Instructor Training | Course Descriptions |
|---|---|---|

### Advanced Roadside Impaired Driving Enforcement (ARIDE)

### Crash Reporting Training

### Drug Recognition Expert

### Motor Vehicle Crash Investigation (certification and recertification)

### Speed Measurement Certification Request

Request to receive speed measurement (Radar and/or Lidar) certification application. This request is for graduates of Recruit Officer Courses authorized by the MPTC and must be made by the department's Chief of Police or Administrator.

### Speed Measurement - LIDAR and Radar

Standardized Field Sobriety Testing

**Did you find the information you were looking for on this page? ***

○ Yes
○ No

Send Feedback

© 2017 Commonwealth of Massachusetts.
Mass.Gov® is a registered service mark of the Commonwealth of Massachusetts.

Contact Us   Site Policies



The Official Website of the Executive Office of Public Safety and Security

# Public Safety

 Home  >  Funding & Training Opportunities

# Funding & Training Opportunities

The Executive Office of Public Safety delivers numerous exciting funding and training opportunities to the Commonwealth each year. Powered by state and federal tax dollars, these opportunities reinforce public safety in the Commonwealth in several arenas. Click the links below to learn more.

## What We Do

The Executive Office of Public Safety delivers numerous exciting funding and training opportunities to the Commonwealth each year. Powered by state and federal tax dollars, these opportunities reinforce public safety in the Commonwealth in several arenas. Click the links below to learn more.

| | |
|---|---|
| **Homeland Security** | + |
| **Law Enforcement** | + |
| **Justice & Prevention** | + |
| **Fire Safety** | + |
| **Highway Safety** | + |
| **Join the Massachusetts National Guard** | + |

**Did you find the information you were looking for on this page?** *

○ Yes
○ No

[Send Feedback]

### Our Organization

- Office of the Secretary
- Architectural Access Board
- Commonwealth Public Safety Broadband Office (PSBO)
- Department of Correction
- Dept. of Criminal Justice Information Services
- Department of Fire Services
- Department of Public Safety
- Massachusetts State Police
- Harbormaster Training Council
- Mass Emergency Management Agency
- Massachusetts National Guard
- Municipal Police Training Committee
- Office of the Chief Medical Examiner
- Office of Grants & Research
- Parole Board
- Sex Offender Registry Board
- State 911 Department
- State Police Crime Laboratory/Forensic Services Group

© 2017 Commonwealth of Massachusetts.
Mass.Gov® is a registered service mark of the Commonwealth of Massachusetts.

Contact Us    Site Policies

# About The MPTC

The Municipal Police Training Committee (MPTC), an agency of the Executive Office of Public Safety and Security (EOPSS), serves the Commonwealth by establishing training standards for and by providing training programs to more than 20,000 professional men and women who serve as police officers throughout the Commonwealth. Each year, the MPTC directly contributes to the public safety mission of the Commonwealth by administering and delivering training programs at five regional academies and other sites throughout the Commonwealth. The scope of this training ranges from an intense, 900+ -hour Basic Training program for new municipal, University of Massachusetts, and Environmental Police officers to annual professional development training for veteran officers. It also includes a variety of focused, specialized professional development training programs for veteran and reserve/intermittent officers.

The Municipal Police Training Committee is the name of the oversight body as well as the agency itself. The responsibility of the oversight board is to provide policy guidance to the Agency, to establish training standards, and to authorize exemptions. The oversight board membership is comprised of chiefs of police representing Western, Central, Northeastern and Southeastern Massachusetts. Other voting members represent the MBTA, the police officers themselves, the Boston Police Commissioner, the State Police Colonel, the Attorney General, and a designee of the Secretary of the EOPSS. All such appointments are for terms of three years.

The following persons are advisory, non-voting members of the committee: the personnel administrator, the commissioner of the department of correction, the commissioner of youth services, the commissioner of probation, the chairman of the parole board, the executive director of the committee on criminal justice, the chief administrative justice for the trial court, the chief justice of the district court department, the commissioner of education, the chairman of the criminal law committee of the Massachusetts Bar Association, and the special agent in charge of the Boston office of the FBI or their respective designees.

The Governor appoints five additional advisory, non-voting members of the committee as follows: an administrator of a city or town, a clerk of the superior court, a member of the committee for public counsel services, a sheriff of a county or a former county, a district attorney, or their respective designees.

The Committee meets monthly, while sub-committees can meet independently to consider specific issues. With the combined efforts from these areas of expertise, the MPTC and its advisory members are constantly working to set standards and deliver training to improve the skills and performance of those professionals who are charged with the immense responsibility of public safety.

The foundation for the current MPTC was laid in 1964 when the Legislature passed the first general law requiring police officers in cities and towns with populations greater than 5,000 to complete a recruit training course. In 1968, an in-service training requirement was added. In 1972, the Legislature eliminated the exemption for cities and towns with populations under 5,000 and added a requirement for supervisory training. That same year, the agency was designated as the Massachusetts Criminal Justice Training Council (MCJTC) and commonly referred to as "the council." Over the subsequent decades, the responsibilities of the agency have expanded to include a variety of mandated training topics including rape investigation, suicide prevention, drunken driving enforcement, and hate crimes enforcement. In 2002, the legislature again restructured the then-MCJTC into the MPTC's current structure and title. In recent years, the MPTC has taken a lead training role in some of the most critical social issues of our time. Drug interdiction and enforcement, domestic and juvenile violence, highway safety, and civil rights are just some of the areas which require special attention and training. In 2010, Chapter 262 of Acts of 2010 further expanded MPTC's mission by including University of Massachusetts and Massachusetts Environmental Police officers in the MPTC mandate.

Working closely with police departments of all sizes from across the state, the MPTC committee and staff have developed a quality delivery system that covers all areas of police training. Currently, training is delivered in four core areas:

**Basic Recruit Police Training**

This is a comprehensive, 900+ hour training program with hands-on and classroom instruction. This training is provided for new police officers. It is also open to new officers from agencies outside of the MPTC's mandate on a space-available basis. The MPTC also approves recruit academies run by municipal police departments statewide. The MPTC is not involved in either hiring or sponsoring students nor does the MPTC set hiring standards for entry level police officers. Entry-level hiring standards and sponsorship are left to the discretion of the hiring/sponsoring agency and/or the Human Resource Division's Civil Service Unit.  For more information about recruit training, please visit our " Full-time Police Academy " web page.  For more information about the application process, please go to our "Apply For A Police Academy " web page.

**Mandatory In-Service Training**

In accordance with MGL Chapter 41 §96B, "Every police officer on a full-time basis in any such municipal police department, shall be assigned to and shall attend a prescribed course of study approved by the municipal police training committee for in-service officers…" To read the entire law please visit MGL Chapter 41 §96B.

Each of the MPTC police academies offers **mandatory in-service training** to full-time municipal, University of Massachusetts and environmental police officers. This training is also open to any other police officer who is sponsored by the officer's department and on a space-available basis.

Annual Professional Development training is offered to reserve/intermittent police officers and is co-sponsored by the regional police training organizations and the MPTC.

This training is provided for patrol officers, detectives and supervisors, including chiefs of police, and is often referred to as "In-Service" training. Please visit our "Mandated Professional Development " web page to access Professional Development Training calendars.

**Specialized Training**

This is focused training for veteran officers, which ranges in length from one day to several weeks. This training is provided for patrol officers, detectives and supervisors, including chiefs of police, and is designed to address training needs in specific, specialized areas. Please go to our " Specialized Training " web page to access Specialized Training calendars.

**Police Training for Reserve/Intermittent Police Officers**

This 315/335*- hour (*An additional 20 hours of MPTC-certified firearms training is required if the officer will be armed with a firearm) Basic Training program is for part-time police officers and is administered by regional police training organizations under contract with the MPTC at various locations throughout the Commonwealth. Also included is mandated annual professional development training and specialized programs. Please go to our Reserve/Intermittent Police Academy web page to access training calendars of the organizations offering Reserve Recruit Officer Courses.

The MPTC delivers training through a statewide system of regional police academies, municipal police academies, municipal police department training sites, and temporary training sites (such as community colleges). The regional training academies are closely affiliated with the police departments in the regions they serve and are responsive to the training requirements of the departments they train. The MPTC also utilizes Web-based distance learning for the delivery of training programs.

Funding for MPTC-hosted professional development and specialized police training comes from appropriated monies provided by the state legislature. In addition, federal grants and funding are utilized to develop and deliver training when available. As a result, the MPTC does not charge fees for professional development, specialized, or distance learning classes. These legislatively appropriated funds must not only play for the training costs associated with developing and delivering the various programs, they must also be utilized for agency expenses, such as facility leasing and repairs and staff. Planning is essential and challenging since the number of officers to be trained changes frequently due to fluctuations in funding and personnel available for training, both within the departments and within the MPTC.

With respect to basic recruit officer training, state statutes require the MPTC to assess a Student Officer fee of $3,000.00 for each student attending basic recruit training at the MPTC training sites. This fee, which is paid by the municipalities prior to the start of training, may or may not be required to be paid back to the department by the police officer once trained. That arrangement is determined between the hiring department and the student officer. The funds collected by the MPTC are placed in a "retained revenue account" and are strictly allocated for offsetting police recruit training costs and cannot be used for other training.

**Sponsorship**

The Massachusetts General Laws allow students to attend recruit officer training even if they have not been hired by a police department. Those who have not been offered employment as a full-time or part-time police officer may be permitted to enroll in recruit officer training if they obtain the sponsorship of a municipal, University of Massachusetts police chief or the colonel of the Environmental Police and if space is available. These students are required to pay the Student Officer fee and all costs associated with the training program.

As stated above, the MPTC is not involved in either hiring or sponsoring students, nor does the MPTC set hiring standards for entry level police officers. Entry-level hiring standards are left to the discretion of the hiring/sponsoring agency and/or the Human Resource Division's Civil Service Unit.

It is the student's responsibility to find sponsorship if the student is not employed by a police agency. A student does not need to be sponsored by the chief of police in the community in which the student resides. A municipal, University of Massachusetts police chief or colonel of the Environmental Police may sponsor a candidate. The MPTC is not involved in this process, cannot make recommendations, and does not maintain a list of such chiefs. When sponsorship is achieved, the sponsoring department will contact the Recruit Officer Coordinator at the MPTC H.Q. to coordinate the process. For more information about enrolling as a self-sponsored student, please visit "Apply For A Police Academy " (Recruit) web page.

**Did you find the information you were looking for on this page? ***

○ Yes
○ No

Send Feedback

© 2017 Commonwealth of Massachusetts.
Mass.Gov® is a registered service mark of the Commonwealth of Massachusetts.

Contact Us   Site Policies