# EXHIBIT

# 3

```
 1   marked as Exhibit 3 stapled is some but not all
 2   the documents, correct?
 3        A.   Correct.
 4        Q.   The others are sitting upside down in
 5   front of you?
 6        A.   Yes.
 7        Q.   Can you tell me generically without
 8   invading your own privacy what the difference is
 9   between Exhibit 3 and the ones you kept
10   confidential?
11        A.   These were letters submitted from
12   people in the academy regarding my previous
13   separation.
14        Q.   When you say those, those are the ones
15   that have not been marked yet?
16        A.   Correct.
17        Q.   So they were from third parties?
18        A.   Correct.
19        Q.   And what is then generically Exhibit 3?
20        A.   This is Exhibit 3?
21        Q.   Yes.
22        A.   These are notes, to the best of my
23   recollection, of incidences where I believe I was
24   hazed and targeted in the academy.
```

```
 1        Q.   Nothing else?
 2        A.   No, sir.
 3        Q.   Other than read perhaps Exhibits 3 and
 4   4, did you read anything to prepare for today?
 5        A.   Other than these?
 6        Q.   Yes.
 7        A.   No.
 8        Q.   Had you read Exhibit 3 recently before
 9   you printed it out this morning?
10        A.   Yes.
11        Q.   When was the last time you read it?
12        A.   On the T.
13        Q.   Coming in here today?
14        A.   Mm-hmm.
15        Q.   And that was on your phone or laptop --
16        A.   Yeah.
17        Q.   -- or some device?
18             Same with Exhibit 4; is that true?
19        A.   (Witness nodded.)
20        Q.   Was that to refresh your recollection?
21        A.   Yes.
22        Q.   Do you believe you were victimized by
23   hazing at the Western Mass. Police Academy?
24        A.   Yes.
```

1    Q.  This may seem kind of silly after we
2 went through all this, but there's a legal reason
3 for this.  I'm going to turn the exhibits over
4 because I want you to speak solely from your
5 memory for the time being as refreshed by
6 Exhibit 3 and tell us what you recall about being
7 hazed from the beginning.  Take your time.
8    A.  Day 1 -- I'm sorry, not Day 1.  Again,
9 on or about, I can't recall exact instances and
10 dates, this was a few years now.  And honestly
11 that was a terrible time for me and my family.
12 But trying to remember back, when I first -- the
13 fitness assessment, I remember the director saying
14 I was overweight and making fun -- making a big
15 deal, like, singling me out.
16    Q.  What was the director's name?
17    A.  Curtis McKenzie.  Saying I'm a walking
18 heart attack, "you're disgusting."  Then he took,
19 like, a 15-pound dumbbell and I had to walk around
20 with it saying, this is all your fat or something
21 along those lines.  Excess weight, fat.
22        Every morning during PT we would all
23 stand in formation.
24    Q.  "PT" is?

```
 1        A.   Physical training.
 2        Q.   Sure.
 3        A.   He would come up to me -- and other
 4   people noticed this, and this is something I
 5   remember.  He would come up to me and stand while
 6   I'm at attention and, like, look under my short
 7   line, like, that and then, like, walk around me
 8   and then look at me and, like, stick his head out.
 9   (Indicating.)  And he wouldn't do that for anybody
10   else.  And it wasn't inspection or anything like
11   that.  And I couldn't figure out to this day what
12   he was doing.
13        Q.   I'm didn't want to interrupt you, but
14   you made a gesture with your head.  You said he
15   did something like that because she can't take
16   that down.
17        A.   Okay.  Stuck his head outward.
18        Q.   In your face kind of?
19        A.   Yeah.  Standing in front of me.
20        Q.   Okay.
21        A.   And then just very awkward things he
22   would do.  I mean, that was just one instance.
23   During physical training I was treated differently
24   than all the other recruits.  Right from the
```

```
 1  beginning other people noticed it.
 2       Q.   Excuse me for interrupting again.
 3       A.   Sure.
 4       Q.   Just to be careful here, you say others
 5  noticed it.  Did you yourself notice it?
 6       A.   Yeah.
 7       Q.   Okay.  Keep going.  I'm sorry.
 8       A.   I mean, after a couple weeks in the
 9  academy, classmates came up to me knowing that,
10  you know, I was -- I knew at one point I was going
11  to get kicked out.  I just didn't know when, so I
12  would have to keep doing this every day.  You
13  know, I knew he was going to kick me out for
14  something, and other people knew.  Again, we have,
15  like, a class discussion, and they knew firearms
16  week I was going to get kicked out.
17            Other instances in general or just with
18  McKenzie?
19       Q.   What we're going to try to do is get
20  your entire recollection of how you feel you were
21  hazed.
22       A.   Okay.
23       Q.   I did read the material and I
24  understand you wrote in your notes that there was
```

```
 1        Q.   Could not ask questions?
 2        A.   Something along those lines.  And he
 3   said that every time I asked a question or raised
 4   my hand, they would be known as Calcasolisms.
 5             I overheard him talking to Director
 6   Powers -- Sergeant Powers saying something along
 7   the lines of, "East Longmeadow chief said they
 8   could afford to lose one."  That was in the gym
 9   earlier in the academy.
10             Numerous times McKenzie would be there
11   in the gym watching everything that was happening
12   but yet wouldn't do a thing about it.
13             I would have to hold a plank in a plank
14   position.  Every morning we had the same routine
15   on what to do.  I would be holding a plank.  Other
16   people would drop to my right, drop to left, and I
17   would give it my all and try to hold it.  And they
18   would all be around me for the most part, it felt
19   like.  Just, you know, Thomas said I looked like
20   an epileptic seal at one point, and, you know,
21   "You don't belong here" and this and that.  You
22   know, trying to get me to quit, and I wouldn't
23   quit.
24             I remember one instance Delilah said to
```

1  lines.
2          And then she took one of the female
3  students up, Megan Bartlett and told me that I
4  needed to -- she made Megan take her shoelace off
5  and then made me put a pink shoelace on.  We
6  switched a shoelace, so I would have a pink
7  shoelace on one of my shoes.  And I had to march
8  around the campus like that so other people can
9  see you.  You know, all kids going to college.
10         Sergeant Thomas made me say a pray,
11 something about pride.  And I would have to say
12 that continuously throughout the academy.  And a
13 lot of times I would have to say it in front of
14 people, and nobody else had to say a pray.  He
15 would call it my pray.
16     Q.  Can you remember the whole thing?
17     A.  Pride is -- the best kind of pride,
18 something like, is the best kind of pride from
19 which you don't notice or when other people aren't
20 watching.  I can't...
21         Director McKenzie took me in his office
22 and told me basically, you know, "This job is not
23 for everybody," and tried to talk me out of
24 voluntarily quitting.

```
 1        Q.   Excuse me for interrupting.  You said
 2   tried to talk you out of quitting?
 3        A.   I mean, trying to talk to me about
 4   quitting.
 5        Q.   So just to make the record because I
 6   don't want to be putting words in your mouth or
 7   even suggesting.  Your understanding is he was
 8   trying to talk you into quitting?
 9        A.   Yes.
10        Q.   And I'm not suggesting that to you,
11   that's coming from your own memory?
12        A.   Correct.
13        Q.   Thank you.  Go ahead.
14        A.   He kept saying in different instances,
15   "I don't know what I'm going to do with you,
16   Calcasola.  I just don't know.  This job is not
17   for everybody."  I remember some other phrases.
18   He said, "I don't know what I'm going to do with
19   you.  I guess we're just going to have to keep
20   giving you modifies until you're out of here."
21        Q.   What does that mean, "modify"?
22        A.   If you get a certain amount during
23   physical training, if they feel you're not giving
24   "110 percent," I put my hands up in quotation
```

1  marks because it's up to them to determine that or
2  if they feel that you're -- or if you're injured
3  or something, you would get a modified for the
4  day.  You get a certain amount, you get kicked
5  out.
6          What they were doing with me was I kept
7  getting modifies and then it became clear that
8  they were doing this.  And other people were
9  getting more modifies than me, I think, at that
10 time because of the runs and stuff.  They extended
11 it, so you can get more modifies at some point and
12 -- okay.  So one instance -- it's coming back now.
13 We were doing this exercise and I lost count and
14 Baron came up to me, he's like, "What do you mean
15 you lost count?"
16         Q.  Baron?
17         A.  Mark Baron.  And I said -- he goes,
18 "How many did you do?"  Everybody was supposed to
19 stop at, like, 50, I believe.  I forget exactly,
20 and I kept going or I was off one, and he came
21 running over, and the director was present.  He
22 said, "How many did you do?"  I said, "I don't
23 know, sir."  I wasn't -- I didn't know.  I lost
24 track, and I said that.  And then he just started

1   Sergeant Thomas about that directly.  He's a nice
2   guy and he'll understand or something along the
3   lines about being approachable.  And I didn't feel
4   comfortable doing that because I already knew I
5   was going to get kicked out at some point.  I had
6   a feeling.  And that's how it was left.  Then it
7   just got worse after that.
8              I was taken out of -- we were all in
9   formation.  We were doing burpies or push-ups.
10  Sergeant Thomas made me come out in front of the
11  whole class, and, again, McKenzie was there.  To
12  the best of my recollection he was there watching
13  this, and he said, "These two will not graduate."
14  He goes, "Mark my words."
15         Q.  And he was referring to who?
16         A.  To Sean Connors was the other kid and
17  me.  We would have to stand in front of the class
18  while everybody did push-ups and stuff.  And,
19  again, people were getting upset, like, you know,
20  at us.  Like, they were creating this atmosphere.
21  So shortly after Connors got kicked out and then
22  Thomas made references, "Calcasola, you're next."
23  You know, along those lines.
24              And then he took me out again and told

```
 1        Q.   How many?
 2        A.   Again --
 3        Q.   Roughly.  Five or six?
 4        A.   Maybe four or five.  Yeah.
 5        Q.   And none of them had any problems, at
 6   least of the kind that you describe as hazing; is
 7   that fair to say?
 8        A.   Right.  Yes.
 9        Q.   Now, at some point you were dismissed
10   from the academy?
11        A.   Correct.
12        Q.   I'll come back to that, but just
13   following procedure and as a result of that, just
14   "yes" or "no," you retained the attorneys that you
15   mentioned, Rooke and Phillips?
16        A.   Correct.
17        Q.   And as a result of that, you took some
18   kind of action upon their advice and counsel?
19        A.   Yes.
20        Q.   What did you do?
21        A.   I followed the procedures and appealed
22   it through the academy, the MPTC.
23        Q.   And what happened?
24        A.   I was successful in the appeal.
```

```
 1        Q.   Meaning what?
 2        A.   I was able to go to another academy.
 3        Q.   And maybe that's -- you said to me a
 4   little while ago you didn't graduate from the
 5   academy.
 6        A.   Correct.
 7        Q.   Is that because as a result of the
 8   appellate process, you were allowed entry into
 9   another academy?
10        A.   Correct.
11        Q.   Have you graduated from any academy?
12        A.   Yes, I did.
13        Q.   Which one did you graduate from?
14        A.   The Boylston Academy.
15        Q.   And why was it, if you know, that you
16   were shifted from one to the other?
17        A.   In the appeal decision it said that I
18   can go to any -- I'm eligible to any other
19   academy, I believe, but the Western Mass. one.
20        Q.   There's a written decision somewhere?
21        A.   Yes.
22        Q.   Do you have a copy of it?
23        A.   I believe it's in my file.
24        Q.   Personnel file?
```

```
 1   Boylston?
 2        A.   Yes.
 3        Q.   Did you have any problems with
 4   Boylston?
 5        A.   No.
 6        Q.   Any hazing?
 7        A.   No.
 8        Q.   Any issues with passing any exams?
 9        A.   No.
10        Q.   Have you ever spoken to my client,
11   Mr. Turley?
12        A.   Yes.
13        Q.   Tell us the context, please.
14        A.   I spoke to Mr. Turley about what I went
15   through.  I knew where he was coming from.  Just
16   tried to, you know, relate to him.
17        Q.   Who called who?
18        A.   I don't remember to be honest with you.
19        Q.   When was this conversation?
20        A.   Again, I don't know.  I can't recall
21   right now.
22        Q.   Have you ever been terminated from a
23   job other than the dismissal that we talked about?
24        A.   Well, East Longmeadow.
```

```
 1   but not every day.
 2        Q.   Did you ever hear anybody at the
 3   academy -- well, have you exhausted your memory of
 4   cursing and swearing?
 5        A.   Yeah.
 6        Q.   Did you ever hear any officer at the
 7   academy use terms that in any way, shape or form
 8   you thought in your mind might be racist or
 9   xenophobic?
10        A.   I heard retarded a bunch of times.
11        Q.   To who?
12        A.   "What, are you fucking retarded?"
13        Q.   Who said that?
14        A.   I was said that to.  I'm trying to
15   think who said it.  I think it might have been
16   Powers.  I think it was -- it might be in there.
17   And that was in regards to, like, a test we had to
18   take at the beginning for comprehension
19   assessment.  I didn't do too good on it.  The
20   epileptic seal, I remember being called that.  I
21   thought that was inappropriate.
22        Q.   Were there any students at the academy
23   that were visibly African-American when you were
24   there?
```

```
 1   exactly.  Have you had a full chance to read
 2   Exhibit 3?
 3        A.   Yes.
 4        Q.   Is there anything in Exhibit 3 that you
 5   think today is not accurate?
 6        A.   The dates and the times.
 7        Q.   The events themselves, how about that,
 8   anything in there that you think didn't happen the
 9   way you say it happened?
10        A.   No.
11        Q.   So apart from perhaps the dates and
12   times, you stand by every memory you've recorded
13   in Exhibit 3, correct?
14        A.   Yeah.
15        Q.   Now, do you recall also that there was
16   vulgar language by Officer Katy, correct?
17        A.   I don't know -- Katy.  I mean, I don't
18   know if he was swearing.
19        Q.   Shattuck definitely was?
20        A.   Yeah.
21        Q.   And McKenzie was present often during
22   that time, correct?
23        A.   Yes.  McKenzie was present during a lot
24   of these incidents.
```

```
 1        A.   I don't remember.
 2        Q.   Now, you talked a lot about wrongful
 3   acts that other people performed.  Do you believe
 4   you ever made any mistakes at the academy?
 5             MR. SINSHEIMER:  Object.
 6             You can answer.
 7        A.   Sure, I made mistakes.  I wasn't
 8   perfect.
 9        Q.   How many mistakes did you make?
10        A.   I guess that instance where I got in
11   trouble for not remembering how many repetitions I
12   did.  I guess I should have remembered.  I didn't.
13        Q.   Anything else?
14        A.   I can't recall right now.  I would have
15   to think.
16        Q.   And you didn't talk at all about your
17   dismissal from the academy?
18        A.   Mm-hmm.
19        Q.   Why were you dismissed from the
20   academy?
21        A.   Can I get into that?
22        Q.   Yes.
23        A.   It was -- they said I unholstered my
24   weapon.  It was a safety violation, and they said
```