# EXHIBIT

# 6

To: Director Curtis McKenzie
From: Student Officer Garrett Danna
Re: Firearms Incidents
Date: December 18, 2013

Per your request, the following incidents occurred during the week of firearms in West Springfield and at the Western Massachusetts Police Academy. The first inappropriate comment made by Officer Shaddock of the Holyoke Police Department was towards Student Officer Latino during practice firearms at the Western Mass. Police Academy class room. Officer Shaddock advised him to smell his fingers and asked what they smelled like, Officer Shaddock then advised Student Officer Latino that it was the smell of his wife.

Throughout the week there was several comments made to me by Officer Shaddock. During these incidents firearms staff instructors were present on the firing range. The term of faggot and retard were said several times (at a minimum of twenty times) during the week directed towards student officers.

The first inappropriate comment that was made to me by Officer Shaddock was while on the firing range "I'm going to fuck you so hard and then tattoo a butterfly on your back". Once the comment was said I continued on with training throughout the day. The second comment made to me during the week by Officer Shaddock was due to messing up on the range, he advised me to make sure I grab my Vaseline for the next day. While I don't recall his exact wording, he was referencing anal sex. I was both shocked and taken back by the statements.

Near the end of the week the class and I were standing in a straight line on the firing line. Officer Shaddock came up behind me and started to pinch between my legs and buttocks several times (roughly five or six times), this was witnessed by Student Officer Wilkins.

The last incident that occurred was again while we were lined up on the firing line, Officer Shaddock came up behind me and started to dry-hump me from behind several times, as he was doing the act he stated "Danna you like that don't you".

At the end of the day, after the incident I was asked in a joking manner by Officer Shaddock and Officer Kaddie if I was going to complain about being hazed on. They then proceeded to ask the class if anything they said offended us.

Respectfully submitted,

*Garrett Danna* (signature)

Garrett G. Danna

EXHIBIT 4
WIT: Shaddock
DATE: 3/11/16
JILL E. SHEPHERD, RPR, CSR

SHATTUCK000008

To: Academy Director Curtis M. McKenzie
From: Student Officer Nicholas R. Latino
Date: 12/20/2013
RE: Student Officer Latino Incident Statement

Sir:

On Thursday, December 19th, 2013 Academy Director McKenzie instructed me to write a statement regarding an incident that happened between officer Shattuck and I. The incident occurred during firearms safety in the academy building on either October 28, 2013 or October 29, 2013. While training in the academy building, officer Shattuck approached me from the side and put two of his fingers under my nose. He then asked me "smell like your wife?" I knew what he said was a joke, and coming from the military it did not bother me. A couple of my fellow student officers also heard officer Shattuck's comment towards me. They were offended by his statement. I haven't spoke about the incident since it occurred, because I did not want to create negative attention towards me.

Respectfully Submitted,

*[signature]*

Nicholas R. Latino

EXHIBIT 5
WIT: Shattuck
DATE: 3/1/16
JILL E. SHEPHERD, RPR, CSR

ERK

SHATTUCK000009

To: Academy Director Curtis M. McKenzie
From: Student Officer Kurt H. Wilkins
Date: 12/20/2013
RE: Range Training

Sir:

I am writing in regards to the behavior of Officer Shattuck in the course of firearms training for the Western Mass Academy 49th ROC. This training took place at both the Western Mass Academy building at Springfield Technical Community College and the West Springfield Police Range. There were several incidents that concerned me due to their inappropriate nature. One incident involved an inappropriate comment made to Student Officer Latino. A majority of the incidents involved Student Officer Danna; throughout the training Officers Shattuck and Cady paid a great deal of attention on Student Officer Danna. This attention started with casual teasing but escalated through the week. The following is a synopsis of those events as I perceived them.

1. While training in the academy building Officer Shattuck made comments to Student Officer Latino eluding that he (Officer Shattuck) had sexual relations with S.O. Latinos wife. This reference was made by Officer Shattuck placing his pointer and index fingers in front of S.O. Latino's nose and saying "do you smell that? That's your wife."

2. Throughout our seven days of training Officer Shattuck addressed the class as fags, faggots, fairies, ladies, and retards. Often these terms were followed by Officer Shattuck saying "I mean student officers, I'm not supposed to call you that" or variations of the same. It appeared that Officer Shattuck was making a joke about the hazing policies adopted by the MPTC.

3. On one afternoon Student Officer Danna told me he was supposed to bring in Vaseline as Officer Shattuck had advised him to do so saying that it was for what Officer Shattuck was going to do to him if he messed up again.

4. While officer Danna was standing on a firing line after finishing a course of fire and awaiting instructions I observed Officer Shattuck walk up behind Danna, grab his shoulders and start thrusting his hips into Danna's buttocks. While driving home after this event Danna advised that the "humping" had made him uncomfortable and did not know why he was being targeted.

5. While Danna was on the firing line I observed Officer Shattuck grab Danna's buttocks outside the pants and make several movements with his hand, on speaking to Danna about this on our ride home Danna advised that "Shattuck stuck his fingers in my ass all the way to my asshole". Danna was clearly upset over this incident and was unsure if he should say something about it or not.

6. At the end of the week Officer Shattuck addressed the class and in the course of speaking to us said "no one here was insulted or anything this week, right?" All student officers said we had not. On speaking with Danna on the way home we were in

EXHIBIT 6
WIT: [signature]
DATE: 3/1/16
JILL E. SHEPHERD, RPR, CSR

SHATTUCK000010

agreement that the treatment if the class and especially Danna had been inappropriate. We agreed that it would not be worth saying anything about the treatment until after the academy due to the fact that Officer Shattuck had referenced the fact that he would be testing us in applied patrol procedures.

The treatment of the student officers throughout firearms week did not appear to serve any type of training function. In the course of the training I watched Student Officer Danna go from being tolerant of the treatment to being upset about it and just wanting to get the week over with. This was a cause for concern, however after speaking with Student Officer Danna I agreed to handle the issue however he saw fit.

Respectfully Submitted,

*[signature]*

Kurt H. Wilkins

SHATTUCK000011

To: Academy Director Curtis M. McKenzie
From: Student Officer Adam J. Szymanski
Date: 12/27/2013
RE: Firearms Instructors' Behavior

Sir:

Throughout the first firearms training block, there were certain events that occurred that I believe fit the criteria you spoke of. The male firearms instructors were animated and extroverted. There was a large amount of off-color, locker room, and bathroom style humor and jokes. The comments, while probably inappropriate, did not seem to be directed with any type of malice. At the time, I believe the class took it in stride.

During the training, I can recall Ofc. Shattuck asking the class, and subsequent range group, if we were easily offended, or if we had been offended. As far as I can recall, nobody spoke up and said they were. I believe this was asked two or three times. Ofc. Shattuck mentioned some sort of an issue or complaint from a previous class.

During the classroom portion, Ofc. Shattuck was horsing around with S.O. Latino and held up two fingers. He held his fingers to S.O. Latino's nose and made a sexual comment about S.O. Latino's wife. S.O. Latino joked back with Ofc. Shattuck but I am unable to recall what was specifically said.

The locker room and bathroom humor continued throughout range week. There was a reference made to "fags" but I am unsure who mentioned it. At one point, Ofc. Shattuck was horsing around with S.O. Danna and touched his buttocks. I recall there was "humping" type movements being portrayed as well.

I recall hearing that S.O. Cunningham had dirt kicked into his face and mouth while he was on his hands and knees, picking up spent casings. S.O. Cunningham mentioned that a reference was made to liking "shit in his mouth" after the dirt had gone into his mouth. I was not witness to this, but heard of it afterwards.

During range week as well, Ofc. Shattuck asked me if my wife "read the newspaper while I was fucking her". While I was not offended, as I knew he was joking around with me, the comment struck me as inappropriate. His comment was not prompted by anything else, or any type of conversation. He simply asked the question out of the blue.

While the instructors were inappropriate at times, the horseplay and humor ceased at the firing line.

Respectfully Submitted,

Adam J. Szymanski

EXHIBIT 7
WIT: Shattuck
DATE: 3/1/16
JILL E. SHEPHERD, RPR, CSR

SHATTUCK000014

To:     Academy Director Curtis M. McKenzie
From:   Student Officer Kirk E. Nichols
Date:   12/24/2013
RE:     Range Week One Behavior

Sir:

A few things which I feel are inappropriate happened on behalf of the range staff during the first week at the range and the couple of days we had in the classroom. Some things happened that I saw and experience, some things happened that I did not see and only heard about through my fellow recruits who were at the range and in the classroom before we went to range. A telling moment that it would be an interesting week at the range was the first morning at the range when we were told "what happens at the range, stays at the range" by Officer Cady and Shattuck. I understand that this might have meant that training scenarios should not be discussed with the other half of the class, but it seemed more ominous than just that.

One thing that I did not see, but heard from the Student Officer Latino was the comment made by Officer Shattuck regarding Student Officer Latino's wife. Student Officer Latino told me that Officer Shattuck took his index and middle finger of one hand and rubbed it under Student Officer Latino's nose, making a comment along the lines of 'How does your wife smell Latino?'

Another issue was Officer Shattuck touching Student Officer Dorval while she was searching him. We were instructed to search anyone and everyone for live ammunition when they entered the classroom, and because the range staff had been 'fighting back' and 'resisting' while being searched, we implemented that two student officers would search one person at the same time. Officer Shattuck, while being searched by Student Officer Dorval and another, grabbed her thigh and made a comment stating 'she must work out.' Officer Shattuck recovered by saying that people will make these comments to her on a regular basis on the street, and while I agree that it is possible, I feel that the touch was inappropriate. There was a look of embarrassment on Student Officer Dorval's face, and you can tell just by looking at her she felt embarrassed and uncomfortable.

I did not see what happened to Student Officer Danna, however I heard all about it. I heard from the people in my range group that he was bent over a barrel by one of the range staff and was 'humped' from behind as if to insinuate he was receiving anal sex.

One thing that stands out in my mind was the night shoot. Officer Cady lectured us about his Australian visitor for a long time that afternoon, and the thing he kept repeating was not to embarrass him in front of the Australian visitor. We took this seriously, and worked very hard to be on our best behavior. He had the microphone for the PA system and was burping into it, farting into it and doing other inappropriate things with it. It felt like a slap in the face to us, who worked hard to present a professional training environment on the side of the students, while Officer Cady did everything possible to embarrass himself. It was my opinion that not only do we as students represent the Western Massachusetts Police Academy, the staff associated with our class does just as well. At the end of the night it was a general consensus between those in our range group that we were embarrassed because of his behavior.

EXHIBIT 8
WIT: Shattuck
DATE: 3/11/16
JILL E. SHEPHERD, RPR, CSR

SHATTUCK000012

The language used at the range was also problematic. I understand that policing and the police community might have issues with strong language. We might use strong language and obviously, strong language might be used against us. The language used against us by Officers Cady and Shattuck was inappropriate and somewhat offensive. We were called "bitches," "Jerry's Kids," and many other things. I think being called "Jerry's Kids" might have been the most offensive. The fact they used a charity group for children to make fun of us and put us down, was extremely offensive, and anyone with a child who has benefitted from the Jerry's Kids organization would be highly offended.

The behavior both of Officers Cady and Shattuck was not appropriate for a police academy setting. The fact that they used their leverage as instructors over us as police academy recruits shows an almost predator like instinct. We have discussed how individuals who are sexual predators and those who prey on people will take advantage of situations where they have power over others to commit their acts and behave the way they do, and this feels eerily similar to what happened with us on the range. Further, some of the closing statements Officers Cady and Shattuck made to us on the last day of the range showed a complete disregard for our feelings and how what they've said affected us. The last thing I remember them saying to us was something along the lines of 'you guys can go back to the academy and bitch and moan about how we have talked to you and treated you, but we already have our badges.'

Respectfully Submitted,

Kirk E. Nichols

To: Academy Director Curtis M. McKenzie
From: Student Officer Travis G. Cunningham
Date: 12/27/2013
RE: Range Week One Behavior

Sir:

During the two days of classroom as well as the week long I spent at the range I was appalled with the decorum of the instructors. I completely understand that officers are meant to be thick skinned and able to take inherent verbal and physical abuse but, this went beyond reasonable.

While in the classroom portion of firearms I remember seeing officer Shaddock lift his two fingers to Nicholas Latino's nose and make a comment to the effect of "does this smell like your wife"? I can't say verbatim, but I do remember hearing and seeing this happen. Also during this time I recall Ofc Cady calling us "a bunch of Jerry's Kids". While some in our class may not be aware of what he was referring to, I did, and found it offensive and unprofessional.

Once we were at the range things became even more grotesque. Ofc Shaddock began to "dry hump" student officer Danna and make comments about putting a tattoo on his back side. I remember that when the student officers were picking up brass from the range, Ofc Shaddock began kicking dirt and rocks into my face as I was crawling on the ground asking me "how do you like shit in your mouth Cunningham"? I also remember another student officer telling me Ofc Shaddock asked student officer Szymanski if his wife read the newspaper while he "fucked" her. With the rest of the academy set in such high standards I feel offset by even having to write this.

Throughout the academy we have had numerous instructors, and none have made any derogatory remarks. I believe that this completely took away from the learning value from firearms. It's sad to see Ofc Shaddock resort to such homophobic comments throughout each day as he was very knowledgeable regarding the subject matter of firearms. Ofc Gaynor while present did not participate in any verbal abuse. She remained professional throughout.

Respectfully Submitted,

*[signature]*

Travis G. Cunningham

EXHIBIT 9
WIT: Shattuck
DATE: 3/1/16
JILL E. SHEPHERD, RPR, CSR

SHATTUCK000016

To:     Director Curtis M. McKenzie
From:   Student Officer William W. Cavanaugh
Date:   12/27/2013
RE:     Range Week One Behavior

Sir:

This letter is to address the first week of firearms instruction. I do recall several instances which may be of interest. The first occurred during the in-class portion of the firearms instruction. I observed Officer Shattuck place his fingers under Student Officer Latino's nose. I was later told that something to the effect of "how does your wife smell" was said by Officer Shattuck to Latino. This occurred when Student Officer Latino was performing a required search (for firearms/ live ammunition) of Officer Shattuck as was the protocol for the day for anyone re-entering the training area upon leaving.

On the range itself, I heard several remarks made towards Student Officer Danna. He seemed to bear the brunt of the comments that week. When we were picking up spent rounds a remark was made to Student Officer Danna about "bending over" with some innuendo attached. Student Officer Symanski was asked "Does your wife read the newspaper while you fuck her?" at one point as well by Officer Shattuck.

The issue I remember most occurred late in the range week. Officer Shattuck made several remarks towards Student Officer Danna stood behind him extremely close, practically touching him. I averted my attention away at that point and focused on my equipment as I didn't want to provide an audience for what ensued. I could tell that hands were being placed on Student Officer Danna at this point and was later told that a "humping" motion accompanied this.

Upon reflection it seemed the majority of this behavior occurred when Officers Gaynor and Cady were not present. It seemed that Officer Shattuck picked times when he was isolated with several student officers to make his remarks. I'm not sure why.

Respectfully Submitted,

*[signature]*
William Cavanaugh

EXHIBIT 10
WIT: Shattuck
DATE: 3/1/16
JILL E. SHEPHERD, RPR, CSR

SHATTUCK000015

To: Academy Director Curtis M. McKenzie
From: Student Officer Robert M. Wood
Date: 12/27/2013
RE: Range Week One Behavior

Sir:

On December 26, 2013, the student officers, that had firearms training for week one, were informed of an incident between Student Officer Danna and the firearms instructors. We were then instructed to write a "to/from" regarding the incident.

As a student officer during the first week of firearms training, I witnessed Officer Cady referring to Student Officer Danna as "dirty Smurf" multiple times. Also, when I was on the firing line, I heard Officer Cady remark to Student Officer Danna, "I'm sure you'll turn me in for that. Won't you?" Student Officer Danna replied, with an embarrassed-like tone, "Sir, No, Sir."

I do not know what had led to those comments. However, at the end of the day, I had privately asked Student Officer Danna if everything was okay and he replied, "Yes."

Respectfully Submitted,

*Robert Wood*
Robert M. Wood

SHATTUCK000017

To: Academy Director Curtis M. McKenzie
From: Student Officer Eric R. Kirby
Date: 12/27/2013
RE: Range week one Behavior

Sir:

On December 26th, 2013, Academy Director McKenzie spoke to me and the rest of the student officers who had fire arms training the first week. There was an incident involving Student Officer Danna, and the fire arms instructors. Academy Director McKenzie told us all to write a to/from stating what we witnessed, or heard.

I am writing this paper stating that I heard both Officer Shattuck, and Officer Cady calling Student Officer Danna "dirty smurf" numerous times. I am not sure why they called him that, or what the term means.

Respectfully Submitted,

Eric R. Kirby

EXHIBIT 12
WIT: Shattuck
DATE: 3/11/16
JILL E. SHEPHERD, RPR, CSR

SHATTUCK000018

To: Academy Director Curtis M. McKenzie
From: Student Officer Matthew T. Mozzi
Date: 12/27/2013
RE: Range Week One Behavior

Sir:

On Thursday, December 26, 2013, you asked myself and the other Student Officers who were present during firearms training the week of November 4th, 2013 to write of any improper conduct that occurred by the instructors during this time.

During our training there was a lot of foul language being used by Instructor Shattuck and Instructor Cady. The majority of the language used was general insults towards our firearms group while some of the language used was very homosexually suggestive in nature. This language was not directed at any one person but I believe it bothered some Student Officer's present. This language was used primarily during our live shoot at the Pioneer Valley Sportsman Club in West Springfield, MA. During the classroom instruction at the Academy there was not as much foul language being used toward our class.

I did hear from fellow Student Officers that Student Officer Danna was touched inappropriately by Instructor Shattuck during our training, but I did not witness this act first hand. I heard that Student Officer Danna was "humped" by Instructor Shattuck. I remember hearing this from other Student Officer's that witnessed this incident. Other than hearing that this incident happened from others, I do not have any further information as to specifics of happened to Student Officer Danna.

My overall impression of Instructor Shattuck and Instructor Cady was one of disappointment. I believe that these two instructors have a lot of knowledge that would be beneficial for student officers, but I feel that their sense of humor is in poor taste. Their poor humor outweighed their teaching ability. I completely understand the dynamics of being a recruit officer in the police academy. We must be thick skinned and learn how to keep our composure in stressful situations. We must be taught how people on the street will speak to us. What happened at the range defeated the purpose of this thinking. It was no longer a learning experience of how to handle real world stress of the job. It turned into borderline hazing, and there was no value to what was done. They crossed boundaries of decency with our firearms group, and I feel they took away from our experience at the range.

Respectfully Submitted,

EXHIBIT 13
WIT: Shattuck
DATE: 2/11/16
JILL E. SHEPHERD, RPR, CSR

SHATTUCK000019

Matthew T. Mozzi

SHATTUCK000020

To: Academy Director Curtis M. McKenzie
From: Student Officer Robert Fuore
Date: 12/27/2013
RE: Range week one behavior

Sir:

In regards to our talk today the following is what I recall from my experience at the range. Throughout the week sexual jokes were made, none were directly towards me. I personally was not affected by the jokes because I am accustomed to that type of atmosphere from being in the military. There was however a few comments made that I felt did cross the line being in a training environment.

The one comment I recall that really stood out as crossing the line was to Student Officer Danna. I do not recall who said it or exactly how it was said to him but it included the words "Getting fucked in the ass". I did not hear the comment but was told about it later on by Student Officer Turley. We both agreed that a comment like this may not have been offensive to anyone present but if this comment was to be said to a homosexual student officer that it could cause major problems for the instructors.

Like I stated earlier I think there was more that was said during the week but I was just focused on the training and nothing personally bothered me. I personally think that no one was bothered by the comments but agree that some lines were crossed that could definitely be taken the wrong way if heard by the wrong person.

Respectfully Submitted,

Robert W. Fuore

EXHIBIT 14
WIT: Shattuck
DATE: 3/11/16
JILL E. SHEPHERD, RPR, CSR

SHATTUCK000021

To:     Academy Director Curtis M. McKenzie
From:   Student Officer Timothy N. Powling
Date:   12/272013
RE:     Range Week One Behavior

Sir:

The purpose of this paper is to discuss the actions I saw and heard during firearms week at the West Springfield gun range.

During the week I was never a focus of any inappropriate language or actions. However, I did hear and see actions that looked unprofessional. I believe it was Wednesday during firearms week, where student officer Nichols was instructed to read the range rules for the day. While Nichols was reading the rules, Officer's Shattuck and Cady began to remove Nichols equipment, such as his duty belt and also untie his boots and tie the laces together. I also heard comments from fellow student officers that were directed to student officer Dana that were inappropriate. The comments dealt with having Dana bring in Vaseline as it was going to serve as lube.

The last incident that was brought to my attention I believe happened on the last day of firearms. I was told that while student officer Dana was either shooting or trying to holster his firearm, Officer Shattuck grabbed Dana's rear end and also the anal region. I did not see the action take place, I was only told about it.

These are the actions and comments that happened during the week of firearms that I saw as inappropriate.

Respectfully Submitted,

Timothy N. Powling

EXHIBIT 15
WIT: Shattuck
DATE: 3/1/16
JILL E. SHEPHERD, RPR, CSR

SHATTUCK000022

To:   Academy Director Curtis M. McKenzie
From: Student Officer Danielle M. Dorval
Date: 12/31/2013
RE:   Firearms Week

Sir:

It was brought to my attention yesterday that I was mentioned in a letter regarding a situation that occurred during the classroom portion of firearms training. I did not think about the incident again after it happened.

During the classroom portion of firearms training the student officers were instructed to perform frisks, for live ammunition, on any person entering the third floor classroom in the academy building. This was a safety precaution taken considering this week we had our unloaded duty weapons to practice with. Two student officers were told to perform the frisk. This was excellent practice for the student officers and some of the instructors would pretend that they were resisting so the student officers would have to control and maintain control of them to continue the frisk.

Another student officer and I were performing a frisk on Officer Shattuck who had entered the room by the elevator. We maintained control by having him kneel on the floor while he was held in the escort position. The frisk was performed in front of the class.

Another student officer stated that Officer Shattuck while in this position had grabbed my thigh and stated, "you work out." I don't recall specifically what had occurred. It may have put me in a situation where I felt uncomfortable and embarrassed at the time. I was focused on the task at hand and continued the frisk. It seems the incident made other student officers in the class uncomfortable. It was mentioned in another students officer letter.

Respectfully Submitted,

*Danielle M. Dorval*

Danielle M. Dorval

EXHIBIT 16
WIT: Shattuck
DATE: 3/1/16
JILL E. SHEPHERD, RPR, CSR

SHATTUCK000023

To: Academy Director Curtis M. McKenzie
From: Student Officer Danielle M. Dorval
Date: 12/31/2013
RE: Group 2/ Firearms Week

Sir:

Concerning the firearms week the second group had attended it was my impression that some manners demonstrated by two of the firearms instructors was improper. There were instances where foul language was used that I found unacceptable for a training setting. Some words that were said were "fuck, shit" and "retarded." I personally have no complaints about the actual training and found the practical portion of firearms training beneficial.

I understand that some of my fellow classmates were affected by the actions of some of the instructors during the first week of firearms. Nothing was brought to my attention. I do not have further information on any incidents that may have occurred.

Respectfully Submitted,

*[signature]*

Danielle M. Dorval

The instructors mentioned in the above paragraph were Officer Shattuck and Officer Cady.

SHATTUCK000024

**McKenzie, Curt (CJT)**

From: Mark Williams [mw125@ymail.com]
Sent: Thursday, December 19, 2013 3:03 PM
To: McKenzie, Curt (CJT)
Subject: 49th ROC Firearms

Director McKenzie,

I am writing this email per your request regarding our recent conversations about alleged incidents at the firearms range involving some instructors and the 49th ROC.

On Friday November 29th, 2013, at approximately 1100 hours, I received a call on my cell phone from you. I was immediately told by you that I was on speakerphone and that Chief Campurcani from the West Springfield Police Department was with you in your office. You told me that you were investigating a complaint about Instructor Bob Cady acting inappropriately towards the student officers. You asked me if I had seen or become aware of a specific act that Instructor Cady allegedly did. I told you and Chief Campurcani that I had not seen or heard of this alleged act during any of the times I was at the range.

You then asked me if I had seen anything else at the range that I thought was inappropriate from any of the instructors. An incident immediately came to my mind where I had seen and heard Instructor Sean Shattuck speaking with Student Officer Dana regarding his performance during a shooting drill. I recalled Instructor Shattuck saying to Student Officer Dana, "I will anally rape you." This statement was made in the context of encouraging Student Officer Dana to perform better on whatever drill they were working on. I told you and Chief Campurcani that I felt the comment was made as an attempt at being humorous and as a joke, and not intended to be thought of as an actual threat. I did not address this with Instructor Shattuck, Lead Instructor Gaynor, Student Officer Dana, or anyone else at that time.

On Tuesday December 17, 2013, at approximately 1150 hours, I was in the classroom teaching Domestic Violence to the 49th ROC when you came in and asked me to go downstairs and meet with you and Marylou Powers. Ms. Powers asked me about the statement I had made to you regarding Instructor Shattuck's comment to Student Officer Dana. She asked me if this comment was made inside the range house. I told both of you that the comment had been made while both Student Officer Dana and Instructor Shattuck were on the firing line. Ms. Powers then asked me to share my opinion on whether or not the firearms instructors should be retained; I said that I thought they should be given the opportunity to remain on staff.

Please let me know if you need anything else from me.

Sgt. Mark Williams

1

SHATTUCK000007