# EXHIBIT

# 9

**William Cavanaugh - September 27, 2016**

24

1   would be those two individuals.

2        Q.   Let's look at the last paragraph, first

3   sentence.  If you read it with me, it says,

4   "Despite having a relatively homogeneous class

5   consisting entirely of Caucasian student officers,

6   Tim Turley also spoke up about some racial remarks

7   made," do you see that?

8        A.   Yes, I do.

9        Q.   Could you describe these racial remarks.

10       A.   Yes.  During one of our classroom sections

11  on motor vehicle law, specifically a comment was

12  made about ethnic cars by, I believe he's now,

13  Lieutenant Powers.  It kind of suggested a profiling

14  of certain types of vehicles in our duties as police

15  officers based on ethnic vehicles, which was

16  indicating people of Hispanic origin or ethnicity

17  drove certain cars and they might be more prone to

18  not being in compliance with Chapter 90 of the

19  Mass. motor vehicle laws, was the implication.

20       Q.   Any other racial comments that you are

21  referring to here?

22       A.   In that particular section, that's what I

23  was referring to.

24       Q.   Where were these remarks made?

**William Cavanaugh - September 27, 2016**

1      A.    In the classroom.

2      Q.    In the classroom setting?

3      A.    Yes.

4      Q.    You wrote that Turley spoke up.  How did he

5   speak up?

6      A.    Amongst our group of student officers, he

7   indicated that he had adopted one of his daughters

8   from Guatemala and that it made him uncomfortable

9   that basically in a classroom setting, which we were

10  supposed to be instructed how to conduct motor

11  vehicle stops or enforce motor vehicle law, that

12  essentially by using bias in this setting, he was

13  very uncomfortable and felt that it was inappropriate.

14     Q.    You say he spoke up to you and fellow

15  classmates?

16     A.    Yes.

17     Q.    Where were you all located when this

18  conversation was happening?

19     A.    In the rear of the classroom.  We would be

20  allowed to take breaks periodically throughout the

21  day.  We would have, you know, some sort of a snack

22  or water.  I just remembered that at that point --

23  we would kind of always discuss what that portion of

24  the instruction would always kind of be.  On this

**William Cavanaugh - September 27, 2016**

28

1    Q.   The same paragraph, third line from the

2    bottom, starting with, "I feel that," you wrote,

3    "I feel that Tim was removed for being a

4    whistleblower and an advocate for justice."  My

5    question to you is how was he a whistleblower?

6    A.   Well, I believe that his demeanor was

7    viewed by the instructors to be he realized that

8    certain things were not going on as they should have

9    been, and I think that without specifically going up

10   and saying, "I feel that this is wrong" or "This is

11   inappropriate," I felt that there was just the

12   perception that he was -- you know, throughout the

13   course of the training that we were uncomfortable

14   with certain things.  That's what I meant by that.

15   Q.   What perception are you talking about?

16   A.   The perception that the instructors and the

17   staff had towards Tim.

18   Q.   I think you just said there was a

19   perception that you were all uncomfortable.

20   A.   Right, but I think Tim's demeanor perhaps

21   portrayed that more vividly than some of the younger

22   and some of the other student officers that were

23   just trying to get through the program.

24   Q.   Can you describe that demeanor.

30

```
 1            MR. SINSHEIMER:  I think it was wonderful.
 2       A.   I just feel that Tim's demeanor and his --
 3   as these things went on throughout the academy, in
 4   my opinion they were just outside of the scope of
 5   why we were there and what the point of the academy
 6   was.  These things kinds of piled up, and I think
 7   there was a divide between what the staff
 8   expectations were and how Tim was responding to
 9   these different events over time.  I think in that
10   sense he stood out and was thus removed from the
11   academy, not necessarily for going up and raising
12   his hand and saying, "I object to this"; just over
13   time perhaps just his general demeanor or his
14   general appearance conveyed how he felt, that these
15   things went on.  That's what I meant by that phrase.
16       Q.   And the question I asked you twice now is
17   could you please describe that demeanor that you are
18   referring to.
19            MR. SINSHEIMER:  He just did.  I object.
20   It was asked and answered.
21            You can give it another shot if you want.
22       Q.   You can answer, unless you don't know.
23       A.   His general demeanor, perhaps his -- I
24   don't know how to extrapolate on it any further.
```

**William Cavanaugh - September 27, 2016**

1  climate.

2      Q.   So let's be fair to the Government.  We are

3  talking about 2012, right?

4      A.   Yes.

5      Q.   But even in 2012, which was only a few

6  years ago, right?

7      A.   Yes.

8      Q.   So to have an officer stand up there and

9  talk about ethnic profiling really bothered you,

10  right?

11      A.   Absolutely.

12      Q.   And there was no question that that's what

13  he was saying, right?

14      A.   Right.

15      Q.   You don't remember the exact words, do you?

16      A.   The term "ethnic" was used.  I just

17  remember the -- I remember what he was intending to

18  convey by that lecture, yes.

19      Q.   Although you don't remember the exact

20  words -- or if you do, you can tell me -- what you

21  remember clear as day is that he was making a big

22  joke about ethnic profiling, correct?

23      A.   I wouldn't even call it a joke.  I felt

24  like he was trying to instill even more than just a

**William Cavanaugh - September 27, 2016**

73

1    joke.

2        Q.    That this guy was actually serious that

3    it's okay for a new academy of recruits to pick on

4    vehicles because they might be driven by Hispanics?

5        A.    To target certain vehicles, that's what I

6    interpreted that as.  It seemed very clear that's

7    what he was trying to convey.

8        Q.    And you're talking about Powers, right?

9        A.    Yes.

10       Q.    Mr. Turley has a child of Guatemalan

11   descent, right?

12       A.    Yes.

13       Q.    And everyone knew that at the academy,

14   right?

15       A.    I'm not sure if everyone knew that at that

16   time.  I'm not sure.

17       Q.    Fair enough.  You do know he was not shy

18   about it, right?

19       A.    No, not at all.

20       Q.    And it bothered him?

21       A.    Yes.

22       Q.    He did told you that directly?

23       A.    Yes.

24       Q.    And he was not shy about that with you?

**William Cavanaugh - September 27, 2016**

```
 1    I don't know.

 2         Q.    You don't know?

 3         A.    No.

 4         Q.    Your best understanding is that he didn't,

 5    though?

 6         A.    Right.

 7         Q.    And your understanding is that no one

 8    would, right?

 9         A.    I don't think anyone with that -- I refer

10    to it as "climate."  No, I don't think anyone would

11    until it was over.

12         Q.    What you referred to as "climate," if I use

13    the phrase "culture of intimidation," would that be

14    an accurate phase?

15              MR. KOSTER:  Objection.

16         A.    Yes, it would.

17         Q.    The fact that I suggested it, is it your

18    truthful testimony that after you stopped and

19    thought about it, it's an accurate phrase?

20         A.    Yes.  I would use those terms

21    interchangeably if I was describing it as my own

22    interpretation of that academy.

23         Q.    Not bad lawyering, right?  Culture

24    intimidation, you can live with that?
```

**William Cavanaugh - September 27, 2016**

 1      A.    Yes.

 2      Q.    Thank you.  You also know that historically

 3  at least police have understood there's a code of

 4  silence among each other, correct?

 5      A.    Yes, absolutely.

 6      Q.    One of the things that is being taught in

 7  modern policing is you have to do away with it, right?

 8      A.    Yes.

 9      Q.    You have to tell the truth even if it's

10  harmful to brother or sister officers, right?

11      A.    Yes.

12      Q.    Which is what you tried to do today?

13      A.    Yes.

14      Q.    And which you came only because the

15  Government subpoenaed you, right?

16      A.    Right.  Well, what do you mean?

17      Q.    You got a subpoena to be here, right?

18      A.    Yes.

19      Q.    Are you telling us you would have come

20  voluntarily if we asked?

21      A.    I think it's the right thing to do.

22      Q.    Good.  Where do you want us to deliver the

23  subpoena that's the least inconvenient to you?

24  Technically we're supposed to bring it to your

**William Cavanaugh - September 27, 2016**

```
 1        Q.    And the fact that you knew is although it
 2   is difficult to articulate, somehow, some way, Tim
 3   Turley made it really clear that he was unhappy with
 4   the hazing in the instruction that was going on, not
 5   just through himself but through the other people,
 6   correct?
 7        A.    Yes.
 8        Q.    And that became open?
 9        A.    It did, yes.
10        Q.    He would tell everybody, "This is wrong.
11   Someone has to do something about it," right?
12        A.    When we had the opportunity to speak
13   amongst ourselves, these issues came up.  We would
14   talk.  He would say or express he was really
15   uncomfortable with what was going on.
16        Q.    Do you remember an incident where Turley
17   actually started walking towards one of the
18   instructors and said words to the effect, "That's
19   not funny"?
20        A.    I'm not sure I remember that offhand.
21        Q.    Fair enough.  That's okay.  You don't have
22   to remember everything.  You might not have been in
23   the room every time.  It could have happened,
24   though, right?
```

**Doris O. Wong Associates, Inc.**

**William Cavanaugh - September 27, 2016**

```
 1       A.   It could have happened.  It wouldn't
 2   surprise me if it did.
 3       Q.   But you are quite confident -- although it
 4   may be difficult to articulate body language and the
 5   exact facial grimaces or whatever, you are quite
 6   confident that over the course of time, Turley
 7   communicated displeasure with homophobic remarks,
 8   right?
 9       A.   Yes.
10       Q.   Displeasure with racist remarks, correct?
11       A.   Yes.
12       Q.   Displeasure with remarks about where they
13   were agist and sexist, right?
14       A.   Yes.
15       Q.   All before he flunked Nos. 2 and 3, right?
16       A.   Right.  I'm just trying to think of the
17   timeline.  Yes, I would say some of these things
18   arose before No. 2 and some of them arose before 2
19   and 3, but he consistently as these things came up
20   indicated, you know, that he was very uncomfortable
21   and showed displeasure.
22       Q.   Now, Turley stood out for his age, correct?
23       A.   Yes.
24       Q.   You are 27 today.  You must have been 23 at
```

**William Cavanaugh - September 27, 2016**

1   the time?

2       A.    Yes.

3       Q.    And most of the guys and women were about

4   your age?

5       A.    Yes.

6       Q.    With a couple of exceptions, right?

7       A.    Right.

8       Q.    Turley in other ways also was an example of

9   someone that already had a successful career in law

10  enforcement?

11      A.    Yes.

12      Q.    Did anyone ever ask him, "If you had

13  20 years, what are you doing here?"

14      A.    I'm not sure specifically, but there were

15  different exercises where we did talk about our

16  background.  Again, it was just with his background

17  and being from another part of the state, it did

18  contribute to him kind of standing out as an outlier

19  in the class.

20      Q.    In a good way, right?

21      A.    I thought so, yes.

22      Q.    He had experience, right?

23      A.    Yes.  Life experience, yes.

24      Q.    He knew how important it is to be careful

**William Cavanaugh - September 27, 2016**

1  with a firearm, right?

2      A.    Right.

3      Q.    That carrying a firearm and a badge is a

4  privilege, not something to be abused, right?

5      A.    Yes.

6      Q.    He was cognizant of that from day one, right?

7      A.    Yes.

8      Q.    He knew that if you wear that badge, you

9  are supposed to be truthful, right?

10     A.    Yes.

11     Q.    He knew that you were supposed to respect

12 everybody on the street equally, right?

13     A.    Correct, yes.

14     Q.    And he knew all that going in, right?

15     A.    Yes.

16     Q.    He was a model for you guys, right?

17     A.    Yes.

18     Q.    And pretty much everybody liked him and

19 respected him?

20     A.    He was very well liked and well respected,

21 yes.

22     Q.    You knew he was getting hassled about his

23 physical stuff because he was in his forties, right?

24     A.    Right.

**Doris O. Wong Associates, Inc.**

**William Cavanaugh - September 27, 2016**

1      Q.    The constant jokes about Viagra and stuff

2   like that?

3      A.    Yes.

4      Q.    He hung in there pretty tough on the

5   physical side, didn't he?

6      A.    Very much so, yes.

7      Q.    He didn't complain?

8      A.    No.

9      Q.    He passed all the physical stuff?

10     A.    He did.

11     Q.    It was obviously a little bit harder for

12  him than you younger people, right?

13     A.    Right.  He didn't stand out at all in that

14  regard.  He was just one of the trainees.

15     Q.    But they were picking on him?

16     A.    Right.

17     Q.    And he was not complaining?

18     A.    No.

19     Q.    Have you ever talked to Danna about this?

20     A.    I have, yes.

21     Q.    When is the last time you talked to Danna?

22     A.    The last time I spoke to him about this I

23  can't say.  It was probably -- I believe he may have

24  said something to our academy group about

**William Cavanaugh - September 27, 2016**

```
 1                    REDIRECT EXAMINATION
 2       BY MR. KOSTER:
 3       Q.   Mr. Sinsheimer just asked you a couple of
 4  questions following up on my line of questions
 5  earlier about Mr. Turley's demeanor.  I think you
 6  testified that he indicated he was uncomfortable and
 7  expressed displeasure?
 8       A.   Yes.
 9       Q.   Maybe through body language or something
10  like that.  Do you know whether he expressed
11  displeasure to any of the academy staff or
12  instructors?
13            MR. SINSHEIMER:  Do you mean separately
14  from body language?  Do you verbally, directly?
15            MR. KOSTER:  Nonverbal expressions of
16  displeasure.
17       A.   I'm not sure who these were aimed at, if he
18  was just manifesting that he was uncomfortable to
19  what we were exposed to or if he was directing it at
20  anybody in particular; I could just see as these
21  events occurred, that he showed that he was
22  uncomfortable and felt that this was very
23  inappropriate.
24       Q.   During any of the instances when he was
```

**William Cavanaugh - September 27, 2016**

```
 1    showing discomfort, were there any staff academy or
 2    staff instructors in the room?
 3        A.   Yes.  There was typically instructors who
 4    were present throughout our entire training in the
 5    same room or in the same area.
 6        Q.   But you don't know one way or the other who
 7    saw what?
 8        A.   I don't know.  I know that they observed us
 9    as a class as part of their -- part of the academy
10    process was to watch us to make sure we are, you
11    know, engaged, to monitor the class.  I am sure they
12    saw that Tim was present.
13        Q.   When you refer to Mr. Turley expressing
14    displeasure, are you referring to through his body
15    language?
16        A.   In part, yes.  It may have been his body
17    language or facial expression that showed that --
18        Q.   Can you describe his body language or his
19    facial expressions that you saw.
20        A.   You know, it's hard to articulate for me,
21    but just the facial expressions of a look that he
22    was surprised or taken aback by the content of what
23    we were being exposed to, just very subtle, just
24    different things that you notice as you scan the
```

**Doris O. Wong Associates, Inc.**

**William Cavanaugh - September 27, 2016**

```
 1   room and make eye contact with someone that you kind

 2   of realize what their views are or what they are

 3   feeling.

 4          I similarly felt that what was going on was

 5   inappropriate.  We just recognized in each other at

 6   different times that, you know, through his body

 7   language or facial expressions, I guess just a --

 8   that was my general view of what was going on.

 9          MR. KOSTER:  I'm all set.

10                  RECROSS EXAMINATION

11     BY MR. SINSHEIMER:

12     Q.   What you are telling us, I think -- again,

13   if we go at this in plain English -- is you are

14   sitting there in the audience and people are saying

15   stuff and doing things, right?

16     A.   Yes.

17     Q.   Turley looks at you and you look at him

18   with like, "What the F?"  Pardon my language.  Is

19   that right?

20     A.   Perhaps more subtle than that.  We were in

21   the academy, but we both registered in each other

22   that sentiment.

23     Q.   You made eye contact?

24     A.   Yes.
```

**William Cavanaugh - September 27, 2016**

1      Q.   You were 23?

2      A.   Right.

3      Q.   And he was 43?

4      A.   Right.

5      Q.   Obviously you are a confident young man,

6    but you felt at the time if somebody is going to

7    stick his neck out, it probably ought to be Turley,

8    right?

9      A.   I would say so, yes.  He had more life

10   experience and was older.

11     Q.   Plus, he said he was going to do it?

12     A.   Right.  He kind of --

13     Q.   Protected you guys, right?

14     A.   He indicated that -- you know, he said

15   explicitly, "Once this is over, I plan on bringing

16   this to light."

17     Q.   And then during the course of the weeks,

18   you guys from time to time would be looking at each

19   other with disbelief?

20     A.   Yes.

21     Q.   Meaning that you were both appalled by what

22   you were seeing, right?

23     A.   Absolutely.

24     Q.   And it's quite possible that the people in

91

```
 1    the front of the room could have detected you guys

 2    looking at each other, right?

 3         A.   Very much so.

 4         Q.   It's also possible that he was looking at

 5    other people the same way, right?

 6         A.   Right.  I imagine, yes, that's possible.

 7         Q.   Because almost everybody thought it was

 8    inappropriate, right?

 9         A.   Right.

10         Q.   Even the ones that today say it's in the

11    past, let it go -- well, let's say Melissa Burns,

12    for example.  She apparently told you recently that

13    this is the past, that it should not be made that

14    big a deal of, words to that effect, true?

15         A.   Right.  I think everyone has -- you know,

16    the academy is like a first hurdle for us in our

17    careers.  Once it's over, people don't typically

18    like to even really talk about it or, you know,

19    even -- especially something like this.  It's just

20    inconvenient for them to even -- they try to block

21    it out as best they can and move on.  It seems

22    that's what...

23         Q.   But you understand his career plans were

24    derailed, true?
```

**William Cavanaugh - September 27, 2016**

93

1  there's individual.  Shall I name him?

2      Q.   You don't have to.

3      A.   Okay.  Based on the relationship with the

4  academy staff, if they saw maybe an opportunity to

5  instruct there themselves or to work with someone

6  who was an instructor, I could see them not

7  necessarily wanting to be truthful or forthright, to

8  avoid any stirring of the pot, if you will.

9      Q.   A couple of more questions for you.

10 McKenzie, he was out there on the range all the

11 time, wasn't he?

12     A.   At different times.

13     Q.   Do you think it's possible he could have

14 not known how corrupt these teachers were before

15 Turley ratted them out?

16     A.   I don't believe so.  He seemed to have a

17 really good -- well, what do you mean exactly?

18     Q.   Well, you were told by somebody that --

19 well, McKenzie himself.  He came in and told your

20 class that, "We're going to do away with the

21 aberrant instructors," correct?

22     A.   Yes.

23     Q.   He actually speechified a bit, right?

24     A.   He did.

**William Cavanaugh - September 27, 2016**

94

1    Q.   Stood up, "We did the right thing"?

2    A.   Yes.

3    Q.   And made it sound like it was something

4  that had suddenly come to his attention and he had

5  to take proactive forthright action?

6    A.   Right.

7    Q.   But you believe he knew all along, right?

8    A.   I would say that he would have had to have

9  known things like that had gone on just because of

10  his relationship in that academy and overseeing the

11  different, you know, portions of instruction.  I

12  think he probably did know what was going on.  He

13  knew those instructors, you know, personally and

14  professionally and how they acted.

15       There was also different times where they

16  were -- before we were on the actual range where

17  they came in and did a classroom portion of the

18  firearms instructing where he would have been

19  present and seen how they interacted with us and the

20  things that they did and said.  So yes.

21    Q.   You already also told us that you stand by

22  every word in Exhibit 1.  You wrote it yourself,

23  right?

24    A.   Yes, I do.

**Doris O. Wong Associates, Inc.**

**William Cavanaugh - September 27, 2016**

```
 1        Q.    Would you agree with me from the sheer
 2   volume of this behavior that is described in
 3   Exhibit 1, it would have been impossible for
 4   McKenzie not to know because he was there, correct?
 5             MR. KOSTER:   Objection.
 6        A.    I would say he would definitely know what
 7   was going on.
 8                 FURTHER REDIRECT EXAMINATION
 9   BY MR. KOSTER:
10        Q.    You said some of your classmates would
11   testify in favor of the academy staff and
12   instructors.   I would just ask you to identify those
13   classmates.
14        A.    I don't know how each individual would
15   testify.   I do know that some individuals work with
16   academy staff as part of their full-time jobs that
17   I could envision a scenario where they would not
18   want to cause a riff between themselves and a direct
19   supervisor because of this.
20             Ben Tucker works for the South Hadley
21   Police Department.   That's one name that comes to
22   mind.   I don't know.   Others have moved, you know,
23   from department to department and may even want
24   opportunities to teach in the academy.   I could
```

**Doris O. Wong Associates, Inc.**