# EXHIBIT

# 10

1                KOSTER:  To the form of the question.

2                MR. SINSHEIMER:  It wasn't a question.

3    BY MR. SINSHEIMER:

4    Q.   Was it Delilah Yee that --

5    A.   Yes.

6                MR. SINSHEIMER:  I'll record my brother's

7         objection.  That was confusing, maybe.  That

8         wasn't my intent.

9    Q.   Who else, if anyone?

10   A.   She's the only one that I recall specifically.

11   Q.   If I'm looking at your memo, there were a number

12   of statements about his use of Viagra, or suggestions

13   that he ought to use Viagra?

14   A.   Correct.

15   Q.   And you perceived that as gender discrimination

16   in a way, as well; correct?

17                MR. KOSTER:  Objection.

18   A.   I guess in a way it is gender discrimination.  I

19   believe it was mostly targeted towards his age.

20   Q.   Right.  But you understand, at least just the

21   generic context, whether it's intended as humorous or

22   not, it suggested that he suffers from erectile

23   dysfunction?

24   A.   Correct.

1    Q.    Without any actual knowledge that he does or

2   not?

3    A.    Yes.

4    Q.    Just shouted out routinely at the academy;

5   right?

6    A.    Correct.

7    Q.    In one of the lines you wrote -- and I am going

8   to now call your attention to it.  We're on the second

9   page.  If you go four paragraphs up, the last line in

10   that paragraph, "The attention and complete

11   discrimination Turley received."  Do you see that?

12    A.    Yes.

13    Q.    And that's your choice of words, "hostile

14   environment"?

15    A.    Absolutely.

16    Q.    What did you mean by that?

17    A.    By being a hostile environment?  It was.  It was

18   unprofessional.  It wasn't a comfortable environment

19   to learn in.

20    Q.    Let me ask you why I asked that last question.

21   It may help you.  You are not a lawyer; right?

22    A.    No.

23    Q.    Are you even aware that technically the phrase

24   "hostile work environment" could have a legal

1    A.    That's fine.

2    Q.    It has to do with what's your actual memory and

3  what's refreshed memory.

4    A.    Okay.

5    Q.    What do you remember about Mr. Turley being

6  "extremely concerned"?  I guess that's what I'm trying

7  to --

8    A.    He was just upset about it.  He knew it

9  shouldn't have happened.  He thought it was wrong.  I

10  thought by the question that you asked before if I

11  knew how he reacted when it actually occurred.

12    Q.    All right.  I probably did.  I told you just

13  answer the questions the way they --

14    A.    I don't know any -- I don't have any information

15  about his actual reaction when the incident took

16  place, but I knew he was very upset about what had

17  occurred afterwards.

18    Q.    Is it fair to say he was outspoken about it?

19    A.    Yes.

20    Q.    To whom?

21    A.    Definitely to myself, to the other classmates.

22  As far as -- I don't know if he actually talked to any

23  of the other instructors in the academy, but

24  definitely to me and the other classmembers.

1  Q.    What did he say?  Can you remember anything

2  specific?  Again, your paper is upside down.

3  A.    Yeah, I don't recall anything specifically, but

4  I know that he definitely thought it was wrong that it

5  had taken place.  He basically thought it was a

6  criminal act that had occurred.

7  Q.    And he repeated that to you?

8  A.    Yes.

9  Q.    Is that something that was just off-the-cuff one

10  moment or was this something that Mr. Turley persisted

11  about to some extent?

12  A.    Can you explain that?

13  Q.    Sure.  I mean, I guess what I'm trying to find

14  out is it's one thing for someone to say, "Gee, I just

15  saw something happen that's really wrong," and forget

16  about it.  It's another thing for someone to say, "I

17  just saw something that's really wrong and I might

18  want to do something about it."  I'm not trying to put

19  words into your mouth; I'm trying to find out what

20  level of concern.

21  A.    It wasn't something he just said one time and we

22  moved on to a -- we drove together every day to and

23  from the academy.

24  Q.    Yeah.

1    A.    It was not something that just came up once and
2    we never talked about it again.  He knew it was wrong.
3    We talked about it multiple times and --
4    Q.    What would you say his level of concern was?
5    A.    It was high.
6    Q.    Turley's was?
7    A.    Correct.
8    Q.    And you are confident that he articulated that
9    to persons other than you?
10   A.    Yes.
11   Q.    Do you have any knowledge one way or the other
12   whether Shattuck knew how Turley felt about it?
13   A.    I don't have any specific information of whether
14   or not Shattuck knew that Turley was concerned about
15   it or not, no.
16   Q.    Okay.  You just don't know one way or the other?
17   A.    No.
18   Q.    You never talked with Shattuck about it?
19   A.    Me?
20   Q.    Yes.
21   A.    No.
22   Q.    Don't worry if the questions seem silly.
23   A.    No.
24   Q.    Because we're just making a record.  Again, you

1  never talked to Shattuck about it?

2   A.   No.

3   Q.   Did you ever see or observe Shattuck say

4  anything about it?

5   A.   No.

6   Q.   There was a -- the first couple of paragraphs of

7  your paper, of Exhibit 32 -- actually, the first three

8  have to do with a comprehensive exam; correct?

9   A.   Yes.

10   Q.   And again, you read this to refresh your memory

11  just this morning?

12   A.   Yes.

13   Q.   Without the paper in front of you again, just

14  tell me everything you can remember about that issue,

15  please.  The comprehensive exam, the last one.

16   A.   The comprehensive exams in general or --

17   Q.   Start with the last one, the one that Turley

18  supposedly flunked.

19   A.   That wasn't one of the comprehensive exams.

20   Q.   That was not a comprehensive exam?

21   A.   No.

22   Q.   What were the four comprehensive exams that you

23  believe mattered?

24   A.   They were four throughout the course of the

1    academy.  They were every month and a half or so.

2    Q.    Can you remember what the topics were?

3    A.    They varied from, you know, criminal law,

4    criminal procedure, motor vehicle law.  They

5    weren't -- we didn't necessarily have a comprehensive

6    exam on a specific topic.  They would combine multiple

7    subjects.

8    Q.    All right.  Do you have records of your exam

9    tests?

10   A.    No.

11   Q.    Were these exams actually handed out and given

12   in the class and taken at various times?

13   A.    Yes.

14   Q.    Would the students take the tests together?

15   A.    Yes.

16   Q.    If you go to the very first thing, it says that

17   McKenzie said -- use this to refresh your memory --

18   that there were going to be four comprehensive exams

19   and given advance notice and ample time to prepare

20   for.  Do you see that?

21   A.    Yes.

22   Q.    Do you attribute that directly to McKenzie?

23   Curtis McKenzie?

24   A.    Him saying that?

1    Q.    Yes.

2    A.    Yes.

3    Q.    Tell me where you were physically.  Who was

4    there when he said it?

5    A.    The entire class.

6    Q.    That's what I'm talking about.  Was this, like,

7    orientation or something like that?

8    A.    He might have brought it up during orientation.

9    He might have brought it up during the first week of

10   the academy, just kind of giving us the, you know,

11   overview of how the academy was going to run.  But he

12   made it clear there were going to be four

13   comprehensive exams and they were going to be the big

14   tests for the academy, and they were important to

15   pass.

16   Q.    Did he say, in essence -- first of all, this

17   happened early in your tenure at the course; correct?

18   A.    Correct.

19   Q.    Because obviously it happened before the first

20   of the four; right?

21   A.    He made a statement after the first one, as

22   well, that kind of built in to our understanding of

23   these four comprehensive exams.

24   Q.    We're going to come to that.

1   A.   Okay.

2   Q.   But at least the first you heard about it was

3   right at the beginning?

4   A.   Right.  Yeah.  We knew that there were going to

5   be four comprehensive exams, and we kind of knew what

6   the course of action was if we passed or didn't pass

7   those comprehensive exams.

8   Q.   Were you told in so many words that this academy

9   taught to the exam?

10          MR. KOSTER:   Objection.

11   A.   What do you mean by that?

12   Q.   That the class, the materials that were going to

13   be studied, were presented intending to help you pass

14   the exam?

15   A.   Correct.  Yes.

16   Q.   Who told you that?

17   A.   I'd say the instructors did.

18   Q.   Were you told that --

19   A.   Are you essentially saying that did anybody

20   specifically say that, "We're going to teach these

21   classes so you can pass these tests"?

22   Q.   In so many words, yeah.

23   A.   I don't know if that was ever specifically said,

24   but I kind of think that that was assumed, that that's

1    what the point of the classes was.

2      Q.    Did they ever tell you -- "they."  Excuse me.

3            Did Mr. McKenzie ever say words to the effect

4    of, "No one ever flunks out of here"?

5      A.    I don't recall him specifically saying that, but

6    he may have.

7      Q.    Well, I'm asking you your recollection.  Were

8    you left with the impression that if you paid

9    attention you were going to pass the exams?

10     A.    I didn't anticipate having any academic

11   problems.

12     Q.    In your paper you say, "The class as a whole

13   passed the first of the four."  Do you see that?

14     A.    Yes.

15     Q.    By the way, I've got a separate copy in my hand;

16   correct?

17     A.    Correct.

18     Q.    It's got some blue underlines.  That's my copy;

19   right?

20     A.    Yes.

21     Q.    I'll let you look at that, but it's also right

22   in your original, which is unvarnished; correct?

23     A.    Correct.

24     Q.    Exhibit 32 with the blue tag on it?

1   A.   Yes.

2   Q.   What did you mean when you wrote, "The class as

3   a whole passed"?

4   A.   Everybody passed the exam.

5   Q.   Was that made public somehow?

6   A.   Yes.

7   Q.   So in other words, it's like you're halfway

8   home?  You pass the next one and you are home free, in

9   so many words?

10  A.   So after that exam he gave a speech saying that

11  we had all passed and that, essentially, if we

12  passed -- if everybody passed the next one, it would

13  be impossible for us to fail out academically.

14  Q.   Who did he say that to?

15  A.   The entire class.

16  Q.   Who is "he"?

17  A.   Curtis McKenzie.

18  Q.   You have a vivid memory of that?

19  A.   Yes.

20  Q.   That is between the first and second exam?

21  A.   It was after the first.

22  Q.   After the first but before the second?

23  A.   Yes.

24  Q.   All right.  Tell me about what happened the

1  second exam.

2   A.   I don't recall if it was the second

3  comprehensive exam or the third comprehensive exam,

4  but I know there were a good chunk of people that

5  didn't do well on either the second or third,

6  including myself.

7   Q.   Okay.  And what happened then?

8   A.   There was a large group of us that needed to

9  retake it.

10   Q.   What exam was that?

11   A.   What exam?

12   Q.   Yeah.

13   A.   Like I said, I don't remember if it was the

14  second or the third, but it was in between the first

15  and the fourth.

16   Q.   What topics?

17   A.   That class was specifically -- that test, motor

18  vehicle law was a large focus on that exam.

19   Q.   A lot of technical stuff about Chapter 90?

20   A.   Correct.

21   Q.   Stuff you probably still have to absorb to this

22  day; correct?

23   A.   Correct.

24   Q.   It's my understanding that today in your

1   world -- I don't know exactly; I didn't ask you -- but

2   you are on routine patrol a fair amount of the time?

3    A.    Correct.

4    Q.    Understanding that police probably don't like

5   the word "routine" because nothing is routine.  But

6   you are on patrol?

7    A.    Yes.

8    Q.    And a lot of what you have to do at this early

9   stage in your career is motor vehicle violations?

10   A.    Yes.

11   Q.    A chunk of it?

12   A.    Yes.  Correct.

13   Q.    So in addition to the academic work, you are

14  learning on the job?

15   A.    Yes.

16   Q.    As anybody would; right?

17   A.    Yes.

18   Q.    Do you have a partner when you go out?

19   A.    No.

20   Q.    Not in a small town --

21   A.    No.

22   Q.    When Westford is at full strength, how many

23  patrol cars are on the street at any given time?

24   A.    Full strength, there is supposed to be five.

1  The minimum staffing is three.

2   Q.   Now, at the end of that first paragraph on your

3  written statement, it says something about a

4  "statement prior to the second exam led me and the

5  class as a whole to further believe that the only

6  evaluations that needed to be passed" -- do you see

7  that?

8   A.   Yes.

9   Q.   Is that the statement you were just referring

10 to?  I'll withdraw it in that form.

11      You told me that McKenzie first made a statement

12 about all four; right?

13  A.   Yes.

14  Q.   Then the first one was taken and everybody

15 passed?

16  A.   Yes.

17  Q.   Then the second or third, one of them in there,

18 everybody didn't do so well?

19  A.   Right.

20  Q.   Including yourself?

21  A.   Including myself.

22  Q.   Then he made some kind of statement to the

23 effect of, "If you get through this, you are basically

24 okay"?

1    A.    Pretty much, because the way that the academy

2    works, there were four comprehensive exams.  If you

3    failed one, you could retake it.  If you failed a

4    second one, you could retake it.  But if you failed a

5    third one, you were removed from the academy

6    automatically.

7    Q.    Did you understand the shooting to be a

8    comprehensive exam?

9    A.    No.

10   Q.    Why not?

11   A.    Just based on the way that it was explained to

12   us.  They explained that it was going to be the four

13   written exams that were taken in a classroom.

14   Q.    Now, what do you mean -- as I'm reading this,

15   I'm looking -- I see something about the difference

16   between a comprehensive exam and a minor evaluation;

17   right?

18   A.    Correct.

19   Q.    I'm going to put these in quotes because they

20   are both phrases.  I want to be very clear.  There's a

21   concept called "comprehensive examination" that's

22   discussed in your paper; right?

23   A.    Yes.

24   Q.    And there's a concept, "minor evaluation,"

1    that's also discussed; right?

2    A.    Correct.

3    Q.    Two different concepts; right?

4    A.    Correct.

5    Q.    In your own words without the paper up, can you

6    explain what the difference is?

7    A.    The comprehensive exams were, like, the major

8    subjects that we studied in class: criminal law,

9    criminal procedure, motor vehicle law.  The exams were

10   announced in advance.  We were given time to study for

11   them.  We were given topics to review for those exams

12   and we went home and we studied, and then we came in

13   and we took the exam in class.

14        The minor evaluations were different subjects

15   that we might do over the course of a day, two days,

16   three days in class, and then at the end of that

17   training block we would do a test or a quiz on that

18   subject specifically.  CPR and first aid, we were in

19   class for several days, and at the end of it we had to

20   take an exam on that.  We did the same thing for field

21   sobriety tests and the same thing for breath test

22   operators.  We would have class for several days, a

23   day, two days, three days, then we would have an

24   evaluation on that subject, specifically, at the end

1   of the training block.

2    Q.   You just gave a rather thorough answer.  The

3   information that you just gave me, where did you get

4   that information?

5    A.   That was my understanding as we proceeded

6   through the academy.  That's kind of how Curtis

7   McKenzie explained it to us.

8    Q.   Would that be the kind of understanding that you

9   and your classmates, you know, when you had

10   downtime -- watercooler conversation, for lack of a

11   better phrase -- would discuss?

12   A.   I don't recall specifically discussing it with

13   anybody, but I think that was the general

14   understanding throughout the classes, that the major

15   comprehensive exams, if you didn't do well on those

16   that you would be removed from the academy.  And the

17   minor evaluations, they were, if you didn't do well on

18   one of those -- we saw it happen.  We saw people that

19   didn't do well on the minor evaluations, that they had

20   to go talk to the instructors or whatever, receive

21   additional training and then --

22   Q.   Like CPR, for example?

23   A.   Correct.

24   Q.   Is it fair to say, assuming everybody -- I'll

1   says, "Commonwealth 0001065"; correct?

2   A.   It's 55, I believe.

3   Q.   Or 1055.  Do you know what a Bates stamp is?

4   A.   No.

5   Q.   So if I suggest -- never mind.

6        But that's what these two things say?

7   A.   Okay.

8   Q.   Right?

9   A.   Yes.

10  Q.   I read it correctly?

11  A.   Yes.

12  Q.   Assuming that this is all -- without having to

13  page through it page by page, the manual, does page 1

14  look familiar?

15  A.   Yes.

16  Q.   Is that the manual, to the best of your ability

17  as you look at it here, that was handed out prior to

18  the field sobriety test at the academy in the fall of

19  2013?

20  A.   I believe so.

21  Q.   Looks just like it to you?

22  A.   Yes.

23  Q.   Did you get to keep yours?

24  A.   I have it --

1    Q.    You have it somewhere?

2    A.    -- somewhere, yeah.

3    Q.    Everybody got a hard copy they could take home

4    with them?

5    A.    Yes.

6    Q.    What day of the event -- strike it.

7          How long was the field sobriety test supposed

8    to -- withdrawn.  I'm having a tough day, verbal-wise.

9          There was a field sobriety segment to the

10   course; correct?

11   A.    Yes.

12   Q.    How many days was that supposed to be?

13   A.    Three.

14   Q.    How did you know that?

15   A.    That was what we were told.

16   Q.    You were told in advance it was going to be a

17   three-day segment?

18   A.    Yes.

19   Q.    What day did you get that binder, Exhibit 38?

20   A.    To the best of my recollection, the first day.

21   Q.    Then was there a test?

22   A.    There was.

23   Q.    What day was that?

24   A.    It was on the second day.

1     A.    One of the instructors.  Sergeant Powers.

2     Q.    Robert Powers?

3     A.    Correct.

4     Q.    You actually observed this with your own eyes

5  and ears?

6     A.    He was teaching the class so I was sitting in

7  class.

8     Q.    He was right up in front of the class?

9     A.    Correct.

10    Q.    Said it in front of everybody?

11    A.    Yes.

12    Q.    Can you remember his exact words without the

13 paper in front of you?

14    A.    I don't remember the exact quote, but it was

15 something along the lines of the class not being

16 ethnically diverse and that was the way he liked it,

17 or that was a good thing.  Something along those

18 lines.

19    Q.    You have a memory of that?

20    A.    Yes.

21    Q.    Without remembering the exact words?

22    A.    Yes.

23    Q.    The impression he clearly conveyed was he

24 thought it was good you were all Caucasian?

1    A.    Correct.

2    Q.    And you stand by that today?  Meaning that's

3    what you remember of the incident?

4    A.    That's what I recall.

5    Q.    And Tim had told you that he had a daughter who

6    was of Guatemalan descent?

7    A.    Yes.

8    Q.    I'm going to come down to the last two sentences

9    of your paper.  It says, "Turley deserved to

10   graduate."  Okay?

11   A.    Yes.

12   Q.    Now I'm going to be a little silly, because

13   obviously you are not the head of the school; right?

14   A.    Right.

15   Q.    You were just a fellow student; right?

16   A.    Right.

17   Q.    But that is your opinion, that he deserved to

18   graduate; correct?

19   A.    Yes.

20   Q.    Can you share every single thing, even if it

21   takes a few minutes, that you can think of right now

22   that helped you form that opinion?

23   A.    Like I said earlier, I drove with him to and

24   from every day.  He was a leader in the classroom on

1    A.    Yeah, it was not what I expected.

2    Q.    It was out of line; right?

3    A.    Yes.

4    Q.    And you and Turley talked about that; right?

5    A.    Very early on.

6    Q.    Very early on; right?

7    A.    Very early on.

8    Q.    Now, you didn't want to get fired from the

9    academy yourself; did you?

10   A.    No.

11   Q.    You wanted to finish; right?

12   A.    Right.

13   Q.    So the reason you didn't say anything right on

14   the spot -- and I'm inferring this; you tell me if I'm

15   wrong -- was you'll wait until you get your degree and

16   then you will do what you think is right; correct?

17   A.    That was the plan.

18   Q.    That was the plan.

19   A.    That was the plan.

20   Q.    In your mind, there's no question about it;

21   right?

22   A.    Right.

23   Q.    Then Turley gets dismissed; right?

24   A.    Right.

1   Q.   If I recall, your testimony is that you don't

2   remember the exact words spoken; is that true?

3   A.   I don't, no.

4   Q.   But how confident are you that the statement,

5   whatever words were uttered, was offensive to you?

6   A.   It was definitely offensive.  It was

7   definitely -- whether or not he specifically said that

8   he was happy that the class was not ethnically diverse

9   or if that's the impression I got, I'm confident that

10  that was said.

11  Q.   You are confident that what was communicated to

12  you was nothing less than he didn't want to see people

13  of color or Hispanic people in the class; right?

14          MR. KOSTER:   Objection.

15  Q.   I'll withdraw it in that form.

16      You are confident that you heard him utter an

17  offensive statement; correct?

18  A.   Correct.

19  Q.   And what offended you was that it was not

20  directly or overtly racist but it seemed kind of

21  racist to you; right?

22  A.   I was just shocked that that was said in a

23  police academy class.

24  Q.   Now, I'm going to pick on one word that you just

1  uttered.  I didn't plant that word.  You said

2  "shocked."  Right?

3   A.    I was.  I was shocked.

4   Q.    Now, try to tell us what about it was so

5  shocking.

6   A.    It's just not what I expected to hear.  You

7  don't usually -- you would hope that law enforcement

8  would be accepting and inviting of all ethnic groups.

9  It was surprising to hear.

10   Q.    It appeared to you to be the exact opposite of

11  what you expected?

12   A.    Yes.

13   Q.    Now, you talked about it with Turley, right, at

14  some point?  Like later on that day in the car or

15  something?

16   A.    I'm sure that was discussed in the car.

17   Q.    Do you remember a conversation with anybody else

18  at all that was a student that shared your view that

19  what he or she heard was shocking?

20   A.    I don't remember asking or talking to anybody

21  else about that, no.

22   Q.    Do you remember anybody other than you reacting

23  to the sense that it was shocking?  Withdrawn in that

24  form.

1          Do you remember anyone else at all that appeared

2    to be shocked?

3    A.    I know Tim was surprised, shocked that --

4    Q.    I meant other than Tim, but fair enough.  Tim

5    made that clear to you?

6    A.    Absolutely.

7    Q.    Anyone else?

8    A.    I don't recall discussing it with anybody in the

9    class in specific.

10   Q.    But you recall yourself viscerally being

11   shocked?

12          MR. KOSTER:  Objection.

13   A.    Yes.

14          MR. SINSHEIMER:   That's all I have.

15          MR. KOSTER:  I'm all set.  Thank you.

16          (Deposition concluded at 2:40 p.m.)

17

18

19

20

21

22

23

24