# EXHIBIT

# 11

```
 1         Q.   Take all the time you want.
 2              Have you had a chance to read this?
 3         A.   Yes, I did.
 4         Q.   It appears to have been written by Paul
 5   J. Burns?
 6         A.   Yes.
 7         Q.   Do you know who he is?
 8         A.   I do.
 9         Q.   Who's he?
10         A.   He was one of my class members.
11         Q.   In the class?
12         A.   Of 49.  The 49th class, my academy
13   class.
14         Q.   If you look at the last two sentences,
15   I'm just going to read them into the record.  It
16   says, "Turley deserved to graduate as a member of
17   the Western Mass. Regional Police Academy's 49th
18   recruit officer class.  Turley acted as a leader
19   on numerous occasions and was a valuable member of
20   the class"; do you see that?
21         A.   I do, yes.
22         Q.   Is that true?
23         A.   Like I said, I can't -- I know he stood
24   up a couple times.  You know, especially in, like,
```

```
 1        A.   Not that I can recall.
 2        Q.   So he didn't break it up?
 3        A.   No.
 4        Q.   Did Mr. Turley ever encourage you to
 5   file a complaint against Sean Shattuck?
 6        A.   Yes, he did.
 7        Q.   When did he do that?
 8        A.   I believe it was at the firing range.
 9        Q.   And what did he say to you?
10        A.   Basically, you know, I should say --
11   basically, I should say something and, you know,
12   let the Academy know what was going on.
13        Q.   Who was present when he made that
14   statement to you?
15        A.   I don't -- I don't remember.
16        Q.   Anybody other than just you and him or
17   was it a private conversation?
18        A.   I don't recall.
19        Q.   But you didn't follow that advice,
20   right?
21        A.   I did not, no.
22        Q.   Until Director McKenzie told you?
23        A.   I kind of had to, yeah.  Correct.
24        Q.   And I think you also testified earlier
```

1        A.  I don't know if it was three or four,
2   but it was definitely if you failed three tests,
3   like, the big academic tests, I believe you were
4   gone.  I don't know about quizzes or anything like
5   that, but basically I knew I had to do good on the
6   tests because I -- yeah.
7        Q.  So you testified earlier that you
8   thought that Mr. Turley should have graduated,
9   correct?
10       A.  Correct.  I think anybody who goes
11  through that deserves to graduate.
12       Q.  You think everybody who enlists should
13  graduate as a matter of right?
14       A.  Actually, yeah, some people -- yeah,
15  you're right.  Not everyone deserves to graduate,
16  you're right.
17       Q.  So do you think Mr. Turley deserved to
18  graduate?
19       A.  I think he did, yeah.  Yes.
20       Q.  What is that belief based on?
21       A.  Again, like I said, he had three kids
22  he was leaving at home, over an hour drive.  You
23  know, at age -- I don't know his exact age.  He
24  decided he was going to put himself through that.

1    Q.  What did you mean by that?
2    A.  Again, 21-year-old police recruit and I
3 have to testify against a 20-plus veteran in a big
4 police department, and I knew people would find
5 out, other instructors, so I was -- I was scared.
6 Scared that they were going to target me
7 afterwards.
8    Q.  Do you think that Mr. Turley was a rat?
9    A.  I don't think it was rat.  Like I said,
10 I think that was -- that was my belief.  I didn't
11 want to.  Keep my mouth shut and just get through
12 the Academy.  Do I think he's a rat?  No.  I think
13 he stood up, had the courage to stand up and say,
14 you know, that wrong things were going on.  And,
15 like I said, I was just -- I would have, just like
16 they tell you, keep my head down and keep trucking
17 forward.
18    Q.  Do you know if he -- these complaints
19 that he made, do you know if he made them before
20 or after he was dismissed from the Academy?
21    A.  I know the letter came after.  I don't
22 know the -- if other -- I don't recall.
23    Q.  I have no further questions.
24

1        MR. SINSHEIMER:  I have a couple
2    follow-ups.
3
4             REDIRECT EXAMINATION
5    BY MR. SINSHEIMER:
6        Q.   Just to be clear, you do recall, and I
7    think the phrase you used was "step up."  That
8    Mr. Turley stepped up from time to time when
9    Shattuck was misbehaving, correct?
10       A.   Well, telling us, correct.
11       Q.   You just don't recall exactly which
12   events triggered Turley stepping up, right?
13       A.   I know one was the dry humping that --
14   well, he told me, but also there was other times
15   where he talked to us and was saying, "This isn't
16   funny.  This isn't right," you know, using the
17   derogatory terms and especially the dry humping he
18   -- well, what he said, it was not funny.
19       Q.   And he actually encouraged you to
20   report it?
21       A.   He did, yes.
22       Q.   Immediately thereafter?
23       A.   Yes.
24       Q.   Now, you were asked by Mr. Koster if

```
 1         Q.  Did you understand that one of his
 2   children was a minority child?
 3         A.  I did after the fact.  I did not know
 4   that...
 5         Q.  You didn't know that at the time?
 6         A.  No, but after the fact.
 7         Q.  Do you remember any jokes about
 8   Hispanics at the Academy?
 9         A.  I believe there was a joke about a car
10   -- ethnically modified car.
11         Q.  And just to be clear, you don't have
12   anything in front of you, do you?
13         A.  I do not, no.
14         Q.  Tell me what you remember about the
15   ethically modified car.
16         A.  It was a motor vehicle class and
17   basically, I don't know, I think we were talking
18   maybe exhausts, I don't remember.  And, yeah, it
19   was, like, Honda Civics or something like that and
20   a lot of Puerto Ricans or Spanish people drive
21   them.
22         Q.  Who said that?
23         A.  I believe it was Sergeant Powers.
24         Q.  Which Powers, Robert Powers?
```