# EXHIBIT

# 15

1           And I believe he told me that his -- I
2  think it was his brother worked with a guy who had
3  just retired or was just getting ready to retire
4  from the sheriff's department, Suffolk County and
5  was interested in trying to move into the college
6  police world, and would I willing to sit down with
7  him.
8       Q.  So you didn't know Mr. Turley prior to
9  this call from Mr. Walsh?
10      A.  I did not.
11      Q.  What happened next with respect to
12 Mr. Turley?
13      A.  I'm not sure who called who or how we
14 got connected, but I did end up meeting.  Tim came
15 over to campus, and I think we went next door and
16 had a cup of coffee and tried to get to know each
17 other a little bit.
18      Q.  Informal meeting?
19      A.  Informal.
20      Q.  Did Chief King know you were doing
21 this?
22      A.  No.
23      Q.  Okay.  And how did that meeting go?
24      A.  Good.

```
 1         Q.   And were you involved at that point in
 2   your career at BC at hiring generally?
 3         A.   I was not.
 4         Q.   Do you know what, if any -- strike it.
 5              Did Walsh tell you why he was calling
 6   you?
 7         A.   Well, he just knew I worked at BC and
 8   thought I might be able to help this guy figure
 9   out trying to get into the college world.
10         Q.   Okay.  So at that point it was more,
11   like, what's now being referred to as an
12   "informational interview"?
13         A.   Yeah.
14         Q.   The two of you had a cup of coffee?
15         A.   Correct.
16         Q.   What period of time?
17         A.   I figured we probably sat there a half
18   hour, 45 minutes.
19         Q.   And anything you can remember at all
20   about the conversation?  Not looking for the exact
21   words, of course, just the substance of it.
22         A.   I pretty much, from what I knew, and,
23   again, I was still relatively new in the college
24   world, but what I had seen is that it was
```

1   difficult to get hired as a police officer in the
2   -- on a college campus without potentially already
3   being academy trained.
4          In my experience in the year I had been
5   there, that they were -- they had hired people who
6   had either left another department, maybe another
7   college and already had been to an academy.
8          Q.   And King you said had come from Tufts?
9          A.   Yeah, he did come from Tufts.  So it
10  was in your favor to have already been academy
11  trained so the people -- it wasn't a good idea to
12  hire someone you really don't know and then end up
13  sending them to academy for six months.  You're
14  making a lot of investment up front.  If someone
15  was already academy trained, there was no need to
16  send them to an academy for six months.  You put
17  them through the process and then it would just be
18  a matter of having field training as opposed to
19  sending that person to an academy for five or
20  six months.
21         Q.   Is it fair to say that although maybe
22  it's not legally impossible, as a practical
23  matter, it's virtually impossible to become a
24  police officer at Boston College if you're not

1    A.  I think I pretty much laid it out for
2 Tim pretty much what the two options were the way
3 I saw it for getting into a college police
4 position.  You've either got to come in at an
5 entry-level position.
6    Q.  Meaning a security guard?
7    A.  Security officer, dispatcher, something
8 of that nature and show your worth and build up
9 -- have some great evaluations and show that you
10 would be someone that would be worthy if the chief
11 invested on sending you to a police academy and
12 becoming a police officer.
13    Q.  What was his response to that?
14    A.  Well, that was just one of the options
15 I had said to him.  I think I laid out for him
16 also, I said, the other option is look into see --
17 you'd have to get yourself sponsored by a police
18 chief if you wanted to self sponsor yourself and
19 go to a police academy on your own.  This would
20 put you in a position where you're already academy
21 trained, and when it came down to applying for a
22 college police position, that would put you --
23 move you up to the top of the list because most
24 colleges are trying to -- if they can find someone

1  who's already academy trained, they're going to
2  look at those people first.
3      Q.  And the reason, it may be difficult for
4  college to find people -- colleges to find people
5  academy trained, is that the younger academy
6  officers tend to want to go work for
7  municipalities and tend to think of college
8  policing as maybe somewhat secondary; is that
9  true?
10     A.  In my experience, I found that to be
11 true.
12     Q.  And I'm talking strictly culturally,
13 not any given individual.
14     A.  Yeah.
15     Q.  You come out of the academy, a great
16 job might be an urban environment or your
17 hometown, and a college might not be considered as
18 fine a start; is that true?
19     A.  For the young people I've run across,
20 that is true.
21     Q.  Anything else you can recall about that
22 meeting?
23     A.  I got the impression that he was going
24 to seriously consider potentially going doing --

```
 1   go and try to get himself sponsored to try to go
 2   to an academy.
 3          Q.  As the way you described the meeting,
 4   as I heard it, it sounds like you did most of the
 5   talking and he did most of the listening, is that,
 6   in fact, the way it went?
 7          A.  I'd say that's true.
 8          Q.  He was there to learn from you?
 9          A.  He was.
10          Q.  You were happy to share your experience
11   and advice?
12          A.  That's correct.
13          Q.  Apart from that, did you like him?
14          A.  Yeah.  Yeah.
15          Q.  You can say no.  He's sitting right
16   here, might be tough, but...
17              Did you feel, without knowing more,
18   that he might be good at the job?
19          A.  I mean, I looked -- his life
20   experience, the fact that he was a little older,
21   just based on my short time in the college world,
22   I think that can be helpful and a benefit working
23   in a college environment where you've already got
24   some life experience, and, yes, so I thought he
```

```
 1    could be a good candidate.
 2         Q.  If there's a major distinction between
 3    college policing and municipal police, I know they
 4    like to say -- if there's one, is that the
 5    colleges have to be cognizant to some limited
 6    extent of a parental-type role, true?
 7         A.  Absolutely.  Colleges are more service
 8    orientated.  We don't do a lot of law enforcement.
 9         Q.  Hopefully.
10         A.  Correct.
11         Q.  You did say -- now, I have to ask
12    because I'm curious.  What are the detectives for?
13         A.  Well, you know, we have a lot of
14    victims on campus.  We have people that come,
15    like, anywhere else -- any high-rise building
16    downtown I'm sure has people come in that steal
17    laptops, pocketbooks in the buildings on campus,
18    into dorm rooms on campus.
19         Q.  Okay.  So that kind of crime, someone's
20    laptop got stolen, you're going to assign a
21    detective and maybe he'll come up with a
22    perpetrator, true?
23         A.  True.
24         Q.  All right.  Anything else you can
```