# EXHIBIT 16

1      A.   Yes, sir.
2      Q.   And as a result of that process, you
3  become an instructor of some kind?
4      A.   A member of the staff and an
5  instructor, yes, sir.
6      Q.   And that was in 2006 or 2007?
7      A.   2006.
8      Q.   And have you been one ever since?
9      A.   Yes, sir.
10     Q.   Are you still one now?
11     A.   Yes, sir.
12     Q.   Now, you had told me earlier about the
13 verbal discipline from Chief Kasper; did I get
14 that right?
15     A.   Yes, sir.
16     Q.   Apart from that, have you ever been
17 disciplined at any time for anything at the
18 academy?
19     A.   No, sir.
20     Q.   Is it your understanding there had been
21 an investigation at the academy with respect to
22 the allegations made by Mr. Turley?
23     A.   Yes, sir.
24     Q.   And did you participate in the

```
 1   investigation?
 2         A.  I completed this letter, sir.
 3         Q.  So the letter that you said, "this
 4   letter," so we're all talking about the same thing
 5   but for the record state it, you're talking about
 6   Exhibit 37?
 7         A.  Yes, sir.
 8         Q.  And that's dated December 20, 2013?
 9         A.  Yes, sir.
10         Q.  And the Turley letter to which that
11   refers -- by the way, this is one of those
12   questions you're thinking, "Why is the guy asking
13   me?  I know he knows the answer."  This is exactly
14   the kind of thing we need to make a record of.
15             It's going to be Exhibit 18, I believe,
16   and I'm going to ask you if, in fact, that's the
17   letter.  So obviously Exhibit 37 which you wrote
18   on the 20th begins by saying, "Clarify statements
19   made by former SO Turley in his memo addressed to
20   a Chief Lavendure," correct?
21         A.  Yes, sir.
22         Q.  Is this the letter, Exhibit 18 to which
23   your letter was responding?  Take a minute.  I'll
24   take it out, if you want.
```

```
 1        A.   I have no idea, sir.
 2        Q.   A lot, right?  Many members of the
 3   class?
 4        A.   I don't know who was there when I told
 5   him to do it, sir.
 6        Q.   If I told you there were witnesses that
 7   would, like, sneak him lunch to make sure he had
 8   nutrition, would you disagree with that?
 9        A.   I wouldn't know anything about that,
10   sir.
11        Q.   Do you have any recollection of
12   verbally disciplining Mr. Turley for asking a
13   question in class?
14        A.   Yes, sir.
15        Q.   What was that about?
16        A.   About him reasking a question that had
17   been instructed.
18        Q.   About radar, right?
19        A.   No, sir.
20        Q.   What was it about?
21        A.   About the $5 assessment to each
22   criminal charge, civil charge and a citation.
23        Q.   So you instruct on something and if the
24   student asks a question about it, that's bad?
```

```
 1              P R O C E E D I N G S
 2                  ROBERT POWERS,
 3
 4    a witness called for examination by counsel for
 5    the Plaintiff, being satisfactorily identified
 6    by the production of his driver's license,
 7    being first duly sworn, was examined and
 8    testified as follows:
 9
10                 DIRECT EXAMINATION
11    BY MR. SINSHEIMER:
12         Q.   State your full name.
13         A.   Robert James Powers.
14         Q.   Are you the same Robert James Powers
15    that testified in this action on May 13, 2016 in
16    this room?
17         A.   Yes.
18         Q.   Do you understand that there's been
19    some discussion in the case since you were last
20    deposed that you had some student evaluations that
21    had been sent out at your request or something
22    along those lines; do you know what I'm talking
23    about?
24         A.   Yes, sir.
```

```
 1        Q.   Tell me about it.
 2        A.   Tell you about what?
 3        Q.   Well, did you ask the students to make
 4   the evaluations?
 5        A.   I asked the students to complete a
 6   memo.
 7        Q.   To complete a memo.  Each year?
 8        A.   Each year?  Each academy class.
 9        Q.   So for how many classes?
10        A.   I don't remember.
11        Q.   Would it include the 49th with Turley?
12        A.   Yes.
13        Q.   And where are they today?
14        A.   They don't exist.
15        Q.   What happened to them?
16        A.   I destroyed them.
17        Q.   Why was that?
18        A.   It was only for reference for that
19   class or for the upcoming class.
20        Q.   All right.  And did you read them
21   before you destroyed them?
22        A.   Yes.
23        Q.   Let's go to the first year you did
24   that.
```

1             Do you know how many years in sequence
2    you did that?
3         A.   Not exactly, no.
4         Q.   Did you ever tell anyone else that you
5    did it?
6         A.   Not particularly.
7         Q.   What was the purpose of doing it?
8         A.   To get the classes' opinion about
9    things that were positive or negative within their
10   academy experience.
11        Q.   If you're not going to tell anybody,
12   what were you using them for?
13        A.   Because I was a senior staff instructor
14   for the upcoming class, so if there was issues
15   that I could correct, I would use what was
16   valuable or what I could for the next class.
17        Q.   So can you give me an example of where
18   that actually worked?
19        A.   I never took showers with the class, so
20   I didn't realize that there was only four working
21   shower heads in the shower for the male locker
22   room.  The class was predominantly male.  It was
23   hard for them to fit 40 people through the male
24   locker room in the time allotted.

1      Q.  What year was that?
2      A.  I don't recall.  It's one issue I know
3  I corrected through the evaluations.
4      Q.  And how did you go about using the
5  evaluations to correct that particular issue?
6      A.  I would read the students' evaluations
7  or what they had written and take what was
8  valuable and could be corrected and what was not
9  correctable and use it to --
10     Q.  I meant it strikes me that there would
11 have to have been some kind of construction or
12 budgeting or something like that to take care of
13 an issue like the number of showers?
14     A.  No.  All I did was change the amount of
15 people who went in the locker room at one time.
16     Q.  How did you do that, just issue some
17 kind of edict?
18     A.  Had the class or class leaders
19 establish a rotation.
20     Q.  Was that in effect in Turley's class?
21     A.  I don't recall.
22     Q.  Anything else you can remember that you
23 used these evaluations for?
24     A.  There was a complaint that seats

```
 1   classes.
 2        Q.   Let's focus on the 49th.  Can you give
 3   me any help with that?
 4        A.   No.
 5        Q.   Nothing whatsoever?
 6        A.   No.
 7        Q.   You have no idea how many people filled
 8   them out?
 9        A.   No, I don't.
10        Q.   And you destroyed them?
11        A.   Yes.
12        Q.   Why?
13        A.   There was no need to keep them after
14   the class had graduated.
15        Q.   Did anything at all in the 49th class
16   refer to the teaching by anybody?
17        A.   I don't recall.
18        Q.   Did you read them all?
19        A.   I would say, yes.
20        Q.   Did you take any kind of notes?
21        A.   No.
22        Q.   Do you know if at any time Marylou
23   Powers received them?
24        A.   I have no idea.
```