# EXHIBIT 27

1   Q.   You would agree with me that a police
2   officer is required sometimes to withstand verbal
3   harassment?
4   A.   Yes.
5   Q.   And that in fact part of the training that
6   you instill is that they do not overreact when someone
7   swears at them?
8   A.   Correct.
9   Q.   And the question I have is whether, in
10  order to teach that, it's appropriate to swear at them
11  on the range?
12  A.   No, it is not.
13  Q.   Okay.  And you're firm on that?
14  A.   Yes.
15  Q.   So when you found out there was a lot of
16  cursing going on at the range, you felt you wanted to
17  put an end to it?
18  A.   Correct.
19  Q.   And is it your testimony that the first
20  time that ever came to your attention was in December
21  of 2013?
22  A.   Yes.
23  Q.   But that it had been going on for a while?
24  A.   Yes.

```
 1      Q.    How long?
 2      A.    I don't know.
 3      Q.    So what did you -- and what did you find
 4   out about that aspect of the investigation?
 5      A.    About the cursing?
 6      Q.    Um-hum.
 7      A.    That it in fact had been going on for quite
 8   sometime.
 9      Q.    And what did you do about that?
10      A.    We fired the instructors.
11      Q.    Who else was fired other than --
12   You told me that Shattuck was terminated?
13      A.    Correct.
14      Q.    Who else?
15      A.    Officer Cady.
16      Q.    Now, um, you read -- let's pull it out
17   again just to -- Exhibit 4.
18      Is it 4 or 5?  Correct?  You've read that before,
19   at least today, right?
20      A.    Yes, today.
21      Q.    And these are the allegations you've heard,
22   right?
23      A.    Yes.
24      Q.    Now, would you agree with me that there's
```

```
 1   different levels of swearing?
 2       A.   How so?
 3       Q.   Well, do you consider the word, quote,
 4   "damn," end quote, a swear?
 5       A.   No.
 6       Q.   Do you consider the word "ass" a swear?
 7       A.   It's not a swear but I'm not sure it's
 8   appropriate either.
 9       Q.   Okay.  You would certainly consider what
10   can be colloquially described as the "F-bomb"
11   sometimes as a swear?
12       A.   Yes.
13       Q.   When swearing is combined with other kinds
14   of behavior that can rise to the level of hazing,
15   correct?
16            MR. KOSTER:  Objection.
17       A.   Depending on the circumstance, yes.
18       Q.   Let's look at -- I'm going to read from
19   this document, okay?  And it says in the second
20   sentence:  "The first inappropriate comment made by
21   Officer Shattuck of the Holyoke Police Department was
22   towards Student Officer Latino during practice
23   firearms in the classroom, Shattuck advised him to
24   'smell his fingers and ask what they smell like'?
```

```
 1    Officer Shattuck then advised Officer Latino that was
 2    the smell of his wife."
 3        You read that?
 4    A.    Yes.
 5    Q.    It's utterly inappropriate, right?
 6    A.    Correct.
 7    Q.    Now that doesn't include any swear words at
 8    least in that paragraph, right?
 9    A.    Correct.
10    Q.    But you'd agree with me it's as bad or
11    worse than swearing?
12    A.    Yes.
13    Q.    And it involves the kinds of things like
14    swearing such as body parts and/or human odors?
15    A.    Correct.
16    Q.    And also it implies that the, um, the
17    gentleman's wife was in -- acted in a way that would
18    be called "infidelity," correct?
19    A.    I'm sorry, say that again?
20    Q.    Yeah, I'll withdraw it in that form.
21        You understand that this is teasing, that
22    Shattuck is teasing Latino, correct?
23    A.    Yes.
24    Q.    And he's suggesting that Shattuck had had
```

```
 1  digital intercourse with Latino's wife?
 2       A.    Correct.
 3       Q.    And then, um -- and that is utterly
 4  inappropriate, right?
 5       A.    Correct.
 6       Q.    And it would be "hazing," right?
 7       A.    (Silence.)
 8             MR. KOSTER:  Objection.
 9       A.    It depends on how you define "hazing."  I
10  mean it's certainly inappropriate.
11       Q.    Well, what is "hazing," you tell me?
12       A.    (Pause.)  I'm not sure I've ever had to
13  actually define it.
14       Q.    But you know it when you see it?
15       A.    I would.
16       Q.    Okay, just like the Supreme Court of the
17  United States knows pornography when it sees it,
18  right?
19       A.    (Silence.)
20       Q.    Right?
21       A.    Sure.
22       Q.    And the fact of the matter is, although
23  you've never maybe been asked point-blank under oath
24  to define it, in your head there's a working
```