# EXHIBIT 28

```
 1   word, quote, quiz, end quote?
 2       A.   Because I knew that -- so we knew that he had
 3   failed two exams.  And I think we were reading in
 4   the -- you know.  After Turley had left, we were all
 5   upset.  You know.  We were all close.  We were
 6   together for 18 weeks.  When he left, we were kind of
 7   just looking at the rule book and thought the rules
 8   had said, you know, you fail three exams and you're
 9   subject to -- what do you call it -- getting kicked
10   out of the academy.  And I don't know if we
11   interpreted quiz with exam.  You know.  They didn't
12   go together.  So that's kind of what we were trying
13   to push toward Turley to bring up to the director
14   prior to him getting kicked out of the academy.
15       Q.   So you guys thought it was only a quiz; he
16   shouldn't have been booted, is what you're telling
17   me?
18            MS. TRAN:  Objection.
19            THE WITNESS:  Yeah.
20   BY MR. SINSHEIMER:
21       Q.   Not that you had a legal determination, but
22   that's what you thought in your own minds?
23            MS. TRAN:  Objection.
24            THE WITNESS:  Yes.  As a friend,
```