# Exhibit 5

# In The Matter Of:
*Timothy Turley v.*
*Daniel Zivkovich, et al.*

---

*Robert Powers*
*May 13, 2016*

---

*195 State Street • Boston, MA 02109*
*Nationwide - Worldwide*
*888.825.3376 - 617.399.0130*
*www.court-reporting.com*



O'BRIEN & LEVINE
Court Reporting Services
*Making Your Case*

Original File Robert Powers 5-13-16.txt
Min-U-Script® with Word Index

1   to all the parties. The exhibits belong to the
2   clients.
3          You can stop as you go through and say,
4   "This is a lie" and "that's a lie" and whatever
5   you want to tell us is a lie.
6          (Witness reviewing document.)
7       A. The sections of this letter that
8   applied to me, I responded to in this letter.
9       Q. What we're trying to do is this, I know
10  you wrote Exhibit 37. You're sitting here right
11  now and you've read it, right?
12      A. Yes.
13      Q. And you told me a minute ago there were
14  lies in this letter?
15      A. Yes, sir.
16      Q. What's a lie? You take all the time
17  you want. You can have until midnight. You just
18  read it. Take your time. Any statement that you
19  think is a lie, you tell me.
20      A. In the third paragraph.
21      Q. Page 1?
22      A. Yes.
23      Q. Go ahead.
24      A. Tim Turley's impression here is that I

1  was insinuating that the class was -- I was
2  pleased with the class because they were mostly
3  Caucasian is untrue.
4      Q.  This is the paragraph that begins what?
5      A.  "In Motor Vehicle Laws Class."
6      Q.  So the first part, "He then smiled in
7  an exaggerated manner"; that is true?
8      A.  Yes.
9      Q.  And what you're saying is the inference
10 that he explains after the semicolon expressing
11 pleasure at the fact that we're all Caucasians,
12 you say that's not true?
13     A.  Correct.
14     Q.  Now, you had indicated earlier that
15 there was what you perceived to be lies?
16     A.  Yes.
17     Q.  You don't know, as you sit here,
18 whether, in fact, that was Mr. Turley's honest
19 impression of the smile in an exaggerated manner,
20 do you?
21     A.  I don't know what was his impression.
22     Q.  Well, he is saying -- so all you really
23 -- you can't tell me he's lying.  You can tell me
24 that you disagree with his interpretation of the

```
 1   fact of your smile?
 2        A.   Yes.
 3        Q.   And you acknowledge the fact of your
 4   exaggerated smile?
 5        A.   I acknowledge the fact that I had an
 6   exaggerated smile, yes, sir.
 7        Q.   The next lie that you believe was a
 8   lie.  You agree with me that, in fact, upon
 9   reflection, this is a difference of an opinion,
10   not a lie, correct?
11        A.   Yes, sir.
12        Q.   Next lie you think you can identify for
13   us.
14        A.   "The class was later advised that they
15   could cite ethnically altered vehicles all day
16   long."
17        Q.   Where are we, sir?
18        A.   Same paragraph.
19        Q.   Okay.  And that says they were from you
20   and then a lot of people laughed, the next
21   sentence?
22        A.   Yes.
23        Q.   And what's a lie about that?
24        A.   I did not say -- insinuate that you can
```

```
 1   cite ethnically altered vehicles operated by
 2   Hispanics all day long.
 3        Q.   But it doesn't say that.
 4             The sentence reads -- I'm just going to
 5   read it and make sure we're talking about the
 6   exact same thing word for word, "The class was
 7   later advised that they would cite 'ethically
 8   altered vehicles all day long'"?
 9        A.   Yes.
10        Q.   And that's a true statement, isn't it?
11   Meaning Turley's sentence which includes the quote
12   is a true statement?
13        A.   No, sir.
14        Q.   In other words, you never used the
15   phrase "ethnically altered vehicles all day long"?
16        A.   I used both of those phrases at two
17   different times.
18        Q.   Okay.  Well, he says later.  "The class
19   was later advised that they could cite 'ethically
20   altered vehicles all day long'"?
21        A.   No, sir.
22        Q.   That's what it says.
23        A.   I know that's what it says.
24        Q.   Did you or did you not ever say to the
```

1   class, "They could cite 'ethnically altered
2   vehicles all day long'"?
3       A.  No.
4       Q.  Never said that?
5       A.  No.
6       Q.  Did you say anything like it?
7       A.  Yes.
8       Q.  What did you say?
9       A.  I made the reference to "ethically
10  altered vehicles" and then at a later time in the
11  class I said you could cite vehicles with
12  equipment infractions or alterations all day long.
13      Q.  Now, if you look at the next sentence,
14  "These comments were from Lead Staff Instructor
15  Sergeant Robert Powers and were met with laughter
16  by some student officers"; do you see that?
17      A.  Yes.
18      Q.  Do you remember the students laughing?
19      A.  No.
20      Q.  Do you have any reason to believe that
21  there's a student other than Mr. Turley from that
22  class that would lie about you?
23      A.  No.
24      Q.  None whatsoever, right?

```
 1  way.
 2          Is there anything in Exhibit 32 that
 3  you think based on the language pertains to your
 4  conduct?
 5      A.  Can I see it back, please?
 6      Q.  Sure.  Take all the time you want.
 7  That's the whole idea.
 8          (Witness reviewing document.)
 9      A.  Pertains to my conduct or references my
10  conduct?
11      Q.  References, pertains, any way suggests
12  you may or may not have done something ever.
13      A.  Yes, sir.
14      Q.  What?
15      A.  The comment about Caucasian students.
16      Q.  Which comment is that?  Read it out
17  loud to me, please.
18      A.  "Another incident that occurred while
19  in the academy that was concerning was that one of
20  the other academy instructors made reference to
21  our class not being ethnically diverse and that it
22  was a good thing."
23      Q.  Stop right there.  Do you think that
24  pertains to you?
```

Case 1:14-cv-14755-LTS   Document 136-5   Filed 07/27/17   Page 9 of 11

Robert Powers - May 13, 2016                                          84

```
 1        A.   Yes, sir.
 2        Q.   And is it false or true?
 3        A.   False.
 4        Q.   See, that's what I'm trying to find
 5   out.
 6             So you're telling me, as you sit here
 7   now, that Mr. Burns made that sentence in it is
 8   not accurate?
 9        A.   Correct.
10        Q.   Now, do you have any reason to think
11   that Mr. Burns would make that up?
12        A.   I wouldn't know that, sir.
13        Q.   Is there any animosity between you and
14   Mr. Burns?
15        A.   Not that I'm aware of, sir.
16        Q.   Anything else that you think is not
17   accurate?
18        A.   Our academy --
19        Q.   Let me withdraw that.  Excuse me.
20   Because I forgot where we were.
21             I think the question on the table,
22   other than that, is there anything else that you
23   would think refers to your conduct in any way,
24   shape or form?
```

O'Brien & Levine Court Reporting Services
888.825.3376 - mail@court-reporting.com

```
 1              MR. SINSHEIMER:  What did I say?
 2              MR. KOSTER:  Kasper.
 3              MR. SINSHEIMER:  Oh.  Because that's
 4    the name -- sorry.
 5              MR. KOSTER:  It's okay.
 6       Q.  Have you ever obtained legal advice
 7    from a source outside the Attorney General's
 8    Office about this matter?
 9       A.  No.
10       Q.  Let's go to the next paragraph on Page
11    -- on Exhibit 33.  "Tim Turley was made to put
12    Student Officer Latino's socks on during the first
13    day of the academy"; do you see that?
14       A.  Where are you?  Oh, first paragraph.
15       Q.  The first paragraph, the second page.
16       A.  What's your question?
17       Q.  The question is, do you recognize that
18    to be about you?
19       A.  No, sir.
20       Q.  Do you deny telling Turley he should
21    put on -- he should put Latino's socks on Latino?
22       A.  Yes, sir.
23       Q.  Did you see anybody else do that?
24       A.  No, sir.
```

1    Q.   Did you ever see Turley put Latino's
2 socks on Latino?
3    A.   No, sir.
4    Q.   Do you know Latino?
5    A.   Yes.
6    Q.   How do you know him?
7    A.   He was a member of the 49th ROC.
8    Q.   Do you know anything else about him?
9    A.   He graduated.
10   Q.   Have you ever seen anything he's
11 written about this case?
12   A.   No, sir.
13   Q.   Have you ever seen this before,
14 Exhibit 5?
15   A.   No, sir.
16   Q.   Take a minute and read it.  It's short,
17 right?
18   A.   Yes, sir.
19   Q.   And that is a one paragraph report?
20   A.   Yes, sir.
21   Q.   Primarily mentions conduct alleged to
22 have been committed by Officer Shattuck?
23   A.   Yes, sir.
24   Q.   Anything in there about you at all that