# Exhibit 6

# In The Matter Of:

*Timothy Turley v.*
*Daniel Zivkovich*

*James Hussey*
*April 27, 2017*

*195 State Street • Boston, MA 02109*
*888.825.3376 - 617.399.0130*
*Global Solutions*
*court-reporting.com*



Original File James Hussey 4-27-17.txt
**Min-U-Script® with Word Index**

1           And I believe he told me that his -- I
2  think it was his brother worked with a guy who had
3  just retired or was just getting ready to retire
4  from the sheriff's department, Suffolk County and
5  was interested in trying to move into the college
6  police world, and would I willing to sit down with
7  him.
8       Q.  So you didn't know Mr. Turley prior to
9  this call from Mr. Walsh?
10      A.  I did not.
11      Q.  What happened next with respect to
12 Mr. Turley?
13      A.  I'm not sure who called who or how we
14 got connected, but I did end up meeting.  Tim came
15 over to campus, and I think we went next door and
16 had a cup of coffee and tried to get to know each
17 other a little bit.
18      Q.  Informal meeting?
19      A.  Informal.
20      Q.  Did Chief King know you were doing
21 this?
22      A.  No.
23      Q.  Okay.  And how did that meeting go?
24      A.  Good.

```
 1         Q.   And were you involved at that point in
 2    your career at BC at hiring generally?
 3         A.   I was not.
 4         Q.   Do you know what, if any -- strike it.
 5              Did Walsh tell you why he was calling
 6    you?
 7         A.   Well, he just knew I worked at BC and
 8    thought I might be able to help this guy figure
 9    out trying to get into the college world.
10         Q.   Okay.  So at that point it was more,
11    like, what's now being referred to as an
12    "informational interview"?
13         A.   Yeah.
14         Q.   The two of you had a cup of coffee?
15         A.   Correct.
16         Q.   What period of time?
17         A.   I figured we probably sat there a half
18    hour, 45 minutes.
19         Q.   And anything you can remember at all
20    about the conversation?  Not looking for the exact
21    words, of course, just the substance of it.
22         A.   I pretty much, from what I knew, and,
23    again, I was still relatively new in the college
24    world, but what I had seen is that it was
```

```
 1   go and try to get himself sponsored to try to go
 2   to an academy.
 3          Q.   As the way you described the meeting,
 4   as I heard it, it sounds like you did most of the
 5   talking and he did most of the listening, is that,
 6   in fact, the way it went?
 7          A.   I'd say that's true.
 8          Q.   He was there to learn from you?
 9          A.   He was.
10          Q.   You were happy to share your experience
11   and advice?
12          A.   That's correct.
13          Q.   Apart from that, did you like him?
14          A.   Yeah.  Yeah.
15          Q.   You can say no.  He's sitting right
16   here, might be tough, but...
17               Did you feel, without knowing more,
18   that he might be good at the job?
19          A.   I mean, I looked -- his life
20   experience, the fact that he was a little older,
21   just based on my short time in the college world,
22   I think that can be helpful and a benefit working
23   in a college environment where you've already got
24   some life experience, and, yes, so I thought he
```

```
 1    could be a good candidate.
 2         Q.  If there's a major distinction between
 3    college policing and municipal police, I know they
 4    like to say -- if there's one, is that the
 5    colleges have to be cognizant to some limited
 6    extent of a parental-type role, true?
 7         A.  Absolutely.  Colleges are more service
 8    orientated.  We don't do a lot of law enforcement.
 9         Q.  Hopefully.
10         A.  Correct.
11         Q.  You did say -- now, I have to ask
12    because I'm curious.  What are the detectives for?
13         A.  Well, you know, we have a lot of
14    victims on campus.  We have people that come,
15    like, anywhere else -- any high-rise building
16    downtown I'm sure has people come in that steal
17    laptops, pocketbooks in the buildings on campus,
18    into dorm rooms on campus.
19         Q.  Okay.  So that kind of crime, someone's
20    laptop got stolen, you're going to assign a
21    detective and maybe he'll come up with a
22    perpetrator, true?
23         A.  True.
24         Q.  All right.  Anything else you can
```